# Exhibit 2
# Kasey Declaration

## DECLARATION OF GLASSIE KASEY

1. My name is Glassie Mae Kasey. I am making this declaration on my own behalf in support of my effort – and my effort as a class action representative on behalf of others who need Medicaid – to stop the Kentucky 1115 Medicaid waiver from taking effect.

2. I am a 56-year-old woman. I was born in Louisville and graduated from Thomas Jefferson High School in Louisville. I attended a broadcasting and music academy and got my broadcasting license. I also attended Jefferson Community College for a year or so, where I studied politics and music. I wasn't able to finish my schooling because I needed to work to support myself. I have never been married and do not have children. I live alone in Louisville, Kentucky.

3. I have worked my whole adult life. I worked as a disk jockey at a club, and did some radio broadcasting for a short time. I have worked as a caregiver or in housekeeping in private homes and at nursing homes, sometimes through a temp agency. I have had other jobs working as a custodian. I worked through a temp agency at Naval Ordnance as a housekeeper. Even though diabetes has taken a toll on my ankles, I can't take a sit down job. It just doesn't agree with me – I would rather be on my feet.

4. Most recently, until mid-September, I worked as a custodian at Sullivan University cleaning offices, hallways and bathrooms. After I complained about having to lift and carry heavy containers and hurting my shoulder, I lost my job.

5. I have been trying to find another job since September without any luck. I have applied at Amazon, but from where I live I would have to take the first bus, transfer twice, and still wouldn't be able to get to work on time. I can't afford a car.

1

6. My only income right now is unemployment benefits. I get $300 every two weeks. On an annual basis, this adds up to $7800, which is below the poverty level. My monthly expenses, including mortgage payments, utilities, food, bus fare, a prescription co-pay and miscellaneous household supplies, add up to $545 per month. My money is very low right now. I am going to apply for food stamps.

7. I first became eligible for Medicaid in 2014 and have been on Medicaid since then. I was able to enroll at the family health center where I get my medical care. I have been able to re-enroll each year by phone.

8. Medicaid has allowed me to get consistent medical care. I have a lot of medical problems, including diabetes, arthritis, high blood pressure, high cholesterol, chronic chest congestion, urinary problems, foot, leg and back pain, and calluses on and numbness in her feet, hands, and right arm. I have had kidney stones twice in the past year.

9. With Medicaid, I am able to go to a primary care doctor and to specialists, including a cardiologist, an oncologist, a hand doctor, a podiatrist and a surgeon to get my kidney stones removed. It would be very hard for me to keep working without Medicaid to keep my medical conditions under control.

10. I am trying hard to find a job, but I am worried that I would lose Medicaid if I cannot find a job working at least 20 hours a week. I could be cut off Medicaid for up to six months. By then, my medical condition would get much worse.

11. Under the waiver, I will have to pay a premium of $8.00 per month. It will be hard for me to pay this, since my only income right now is unemployment. If I don't pay the premiums, I will have to pay co-pays which could be more than the premium. My *My Rewards* account, which is the only way I could get vision and dental care, would be suspended. I have

worn glasses since childhood. I have lost seven teeth from the diabetes, and will have to get dentures. I would also be charged a penalty if I use the emergency room and Medicaid doesn't think it was really an emergency.

12. I have worked hard all my life. I am hoping to find another job soon. Without Medicaid, I am afraid that my medical condition will get so bad that I won't be able to work at all.

13. I have agreed to be named as a plaintiff and to participate in this lawsuit as a class action representative. I am doing this not just because I need Medicaid, but because I want to help other individuals and families who are in danger of losing Medicaid if this waiver is not stopped.

14. I declare under penalty of perjury that the above information is true and correct.

Dated this 11 day of Dec., 2017

_____
Glassie Mae Kasey

3