UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEX M. AZAR II,** *et al.*, <br><br> Defendants. | Civil Action No. 18-152 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Defendant's Motion is DENIED.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 10, 2018

1