# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART, et al.,**  Plaintiffs,  v.  **ALEX M. AZAR II, et al.**  Defendants. | Civil Action No. 1:18-cv-152 (JEB) |

## FEDERAL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The federal defendants hereby move to dismiss the plaintiffs' complaint pursuant to Fed. R. Civ. P. 12, or, in the alternative, move for summary judgment on all claims pursuant to Fed. R. Civ. P. 56. The reasons for this motion are set forth in the attached memorandum of points and authorities and in the administrative record, the contents of which are listed in the certified index materials previously filed with the Court pursuant to Local Rule 7(n).

Dated: April 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Branch Director
Federal Programs Branch

*/s/ Deepthy Kishore*
DEEPTHY KISHORE
VINITA ANDRAPALLIYAL
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616–4448 (telephone)
deepthy.c.kishore@usdoj.gov

*Counsel for the Federal Defendants*