IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RONNIE MAURICE STEWART, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**ALEX M. AZAR II, et al.**<br><br>    Defendants. | Civil Action No. 1:18-cv-152 (JEB) |

## EXHIBIT LIST

Exhibit A    *Virginia House Passes Medicaid Expansion, Sends to Senate*, Washington Post (Apr. 17, 2018)

Exhibit B    Excerpts from KanCare Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 12, 2012)

Exhibit C    Excerpts from Haw. QUEST Integration Medicaid Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Oct. 26, 2015)

Exhibit D    Excerpts from Utah Primary Care Network (PCN) Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 16, 2016)

Exhibit E    Excerpts from Mont. Health and Economic Livelihood Partnership (HELP) Section 1115 Demonstration Plan Approval (Nov. 23, 2016)

    Excerpts from Mont. Basic Medicaid for Able-Bodied Adults Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Nov. 24, 2010)

Exhibit F    Excerpts from Healthy Ind. Plan (HIP) 2.0 Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Jan. 27, 2015)

Exhibit G    Excerpts from Me. Medicaid Section 1115 Demonstration Project Approval & Extensions, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 8, 2017)

| | |
|---|---|
| Exhibit H | Wis. BadgerCare Reform Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 30, 2013) |
| Exhibit I | Del. Diamond State Health Plan Section 1115 Demonstration Project Waiver List, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. |
| Exhibit J | Okla. SoonerCare Section 1115 Demonstration Project Waiver List, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. |
| Exhibit K | Excerpts from Healthy Mich. Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (Dec. 30, 2013) |
| Exhibit L | Excerpts from Ark. Safety Net Benefit Program Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctrs. For Medicare and Medicaid Servs. (Dec. 29, 2011) |
| Exhibit M | Excerpts from N.H. Health Prot. Program Premium Assistance Section 1115 Demonstration Project Approval, U.S. Dep't of Health and Human Servs., Ctr. for Medicare and Medicaid Servs. (June 23, 2015) |
| Exhibit N | Excerpts from TennCare II Medicaid Section 1115 Demonstration Approval, U.S. Dep't of Health and Human Servs., Ctrs. for Medicare and Medicaid Servs. (June 15, 2012) |
| Exhibit O | Or. Health Plan 2 Section 1115 Demonstration Project Approval Letter, U.S. Dep't of Health and Human Servs. Ctrs. for Medicare and Medicaid Servs. (Oct. 15, 2002) |
| Exhibit P | Excerpts from Iowa Wellness Plan Section 1115 Demonstration Project Non-emergency Medical Transportation Waiver Extension Approval, U.S. Dep't of Health and Human Servs. Ctrs. for Medicare and Medicaid Servs. (May 31, 2016) |
| Exhibit Q | Letter from Seema Verma, Admin., Ctrs. For Medicare & Medicaid Servs., U.S. Dept. of Health & Human Servs., to Cindy Gillespie, Dir., Ark. Dep't of Human Servs. (Mar. 5, 2018) |
| Exhibit R | Letter from Demetrios Kouzoukas, Dep. Admin., Ctrs. For Medicare & Medicaid Servs., U.S. Dep't of Health & Human Servs., to Allison Taylor, Medicaid Dir., Ind. Family & Soc. Servs. Admin. (Feb. 1, 2018) |