# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX M. AZAR II, et al.,**<br><br>Defendants. | Civil Action No. 1:18-cv-152 (JEB) |

## NOTICE OF SUBMISSION OF SUPPLEMENTAL EXCERPTS OF THE ADMINISTRATIVE RECORD RELIED UPON BY THE FEDERAL DEFENDANTS

The federal defendants hereby file copies of supplemental excerpts of the administrative record. The federal defendants relied on these additional excerpts in their reply memorandum in support of their motion to dismiss, or in the alternative, for summary judgment. *See* ECF No. 64, 65.

Dated: May 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Branch Director
Federal Programs Branch

*/s/ Vinita Andrapalliyal*
VINITA ANDRAPALLIYAL
DEEPTHY KISHORE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.

Washington, D.C. 20530
(202) 305-0845 (telephone)
Vinita.b.andrapalliyal@usdoj.gov

*Counsel for the Federal Defendants*

**Table of Federal Defendants' Supplemental Excerpts from the Administrative Record**
*Stewart, et al., v. Azar, et al.*, Civ. No. 18-152-JEB (D.D.C.)

| Excerpt Number | Name of Document | Pages (Original Numbering from Administrative Record) | Page where cited in the Federal Defendants' Memorandum |
|---|---|---|---|
| 1 | Letter from Vikki Wachino to Tyler Anne McGuffee regarding Healthy Indiana Plan 2.0, dated July 29, 2016 | 239–41 | 26, 27 |
| 2 | Email from Kristi Putnam to Andrea Casart regarding Kentucky Health Operational Modification Request: Public Comment Summary & State Response, attaching the same, dated September 1, 2017 | 2023–29 | 8 |
| 3 | Heather Hahn et al., The Urban Inst., Work Requirements in Social Safety Net Programs: A Status Report of Work Requirements in TANF, SNAP, Housing Assistance, and Medicaid (2017) | 4705–56 | 20, 22, 23, 24 |
| 4 | Medicaid and CHIP Payment and Access Comm'n, Issue Brief: Work as a Condition of Medicaid Eligibility: Key Take-Aways from TANF (October 2017) | 4761–70 | 11 |
| 5 | *Volunteers Are in Better Health Than Non-Volunteers*, Sci. Daily (Mar. 9, 2017), https://www.sciencedaily.com/releases/2017/03/170309090852.htm | 4824–26 | 22 |
| 6 | Robert Rector, Work Requirements in Medicaid Won't Work. Here's a Serious Alternative, The Daily Signal (Mar. 19, 2017), https://www.heritage.org/health-care- | 4833–36 | 23 |

| | | | |
|---|---|---|---|
| | reform/commentary/work-requirements-medicaid-wont-work-heres-serious-alternative | | |
| 7 | Hilary Young, *Why Volunteering Is So Good For Your Health*, The Huffington Post (Jan. 23, 2014), https://www.huffingtonpost.com/hilary-young/benefits-of-volunteering_b_4151540.html | 5044–46 | 22 |
| 8 | Maaike Van der Noordt, et al., *Health Effects of Employment: A Systematic Review of Prospective Studies*, 71 Occupational and Envtl Med., 730 (2014) | 5047–53 | 22 |
| 9 | United Health Grp., Doing Good is Good for You: 2013 Health and Volunteering Study (2013) | 5061–71 | 27 |
| 10 | Robert Wood Johnson Found., How Does Employment-or Unemployment-Affect Health? (2013) | 5072–83 | 22 |
| 11 | Dan Bloom, et al., The Urban Inst., TANF Recipients with Barriers to Employment (2011) | 5084–91 | 22 |
| 12 | Grimm, Jr., et al., The Corp. for Nat'l & Cmty. Serv., The Health Benefits of Volunteering: A Review of Recent Research (2007) | 5092–5111 | 22 |
| 13 | Notice Of Kentucky Department For Medicaid Services: Public Comment Period for Section 1115 Demonstration Waiver | 5521–32 | 28 |