UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONNIE MAURICE STEWART, *et al.*,

Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

Defendants.

Civil Action No. 18-152 (JEB)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Defendants' Cross-Motions for Summary Judgment are DENIED;

3. The Secretary's approval of Kentucky HEALTH is VACATED and REMANDED to the agency; and

4. Judgment is ENTERED in favor of Plaintiffs.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 29, 2018