IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX M. AZAR II, et al.,**<br><br>Defendants. | Civil Action No. 1:18-cv-152 (JEB) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), notice is hereby given that Deepthy Kishore of the U.S. Department of Justice hereby withdraws as attorney of record on behalf of the federal defendants in this case. The federal defendants will continue to be represented by other counsel of record from the U.S. Department of Justice who have already noticed appearances in this case.

Dated: July 11, 2018              Respectfully submitted,

    /s/ Deepthy Kishore
DEEPTHY KISHORE (IL Bar # 6306338)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 514–3965 (telephone)
deepthy.kishore@usdoj.gov