UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONNIE STEWART, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:18-cv-0152-JEB |
| ALEX M. AZAR, et al. ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

In accordance with the Court's minute order on August 30, 2018, plaintiffs Ronnie Maurice Stewart, et al., federal defendants Alex M. Azar, et al., and intervenor-defendant the Commonwealth of Kentucky (collectively, the "parties") respectfully submit the following joint status report.

1. On July 19, 2018, in light of this Court's remand order, the Centers for Medicare & Medicaid Services ("CMS") opened another 30-day federal public comment period so that the public could submit comments regarding (1) Kentucky's original August 24, 2016, demonstration project proposal under 42 U.S.C. § 1315; (2) Kentucky's July 3, 2017, revised proposal; and (3) the special terms and conditions ("STCs") that CMS approved on January 12, 2018, in connection with Kentucky's proposals.

2. The federal comment period closed on August 18, 2018.

3. CMS continues to evaluate Kentucky's application and the submitted comments.

4. The parties will update the Court in their next joint status report, due on October 15, 2018, regarding any further developments. *See* Aug. 30, 2018 Minute Order.

Dated: September 14, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Senior Trial Counsel
Federal Programs Branch

/s/   Vinita B. Andrapalliyal
VINITA ANDRAPALLIYAL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-0845 (telephone)
vinita.b.andrapalliyal@usdoj.gov

*Counsel for the Federal Defendants*

/s/   Jane Perkins
Jane Perkins
Catherine McKee
Sarah Somers
National Health Law Program
200 N. Greensboro Street, Suite D-13
Carrboro, NC 27510
Phone: 919-968-6308 (x101)
perkins@healthlaw.org
mckee@healhtlaw.org

*Counsel for Plaintiffs*

/s/   Matthew F. Kuhn
M. STEPHEN PITT
S. CHAD MEREDITH
MATTHEW F. KUHN
Office of the Governor
700 Capital Avenue, Suite 101
Frankfort, Kentucky 40601
(502) 564-2611 (telephone)
Steve.Pitt@ky.gov
Chad.Meredith@ky.gov
Matt.Kuhn@ky.gov

*Counsel for the Commonwealth of Kentucky*