# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONNIE STEWART, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-0152-JEB |
| ) | |
| ALEX M. AZAR, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that by this filing, undersigned attorney Matthew Skurnik of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of Federal Defendants in this case.

Dated: October 10, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Senior Trial Counsel
Federal Programs Branch

*/s/ Matthew Skurnik*
MATTHEW SKURNIK (NY 5553896)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8188
Email: Matthew.Skurnik@usdoj.gov

*Counsel for Defendants*