UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONNIE STEWART, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX M. AZAR, et al.<br><br>　　　　　　　　Defendants. | No. 1:18-cv-0152-JEB |

**JOINT STATUS REPORT**

In accordance with the Court's minute order on August 30, 2018, plaintiffs Ronnie Maurice Stewart, et al., federal defendants Alex M. Azar, et al., and intervenor-defendant the Commonwealth of Kentucky (collectively, the "parties") respectfully submit the following joint status report.

1. On July 19, 2018, in light of this Court's remand order, the Centers for Medicare & Medicaid Services ("CMS") opened another 30-day federal public comment period so that the public could submit comments regarding (1) Kentucky's original August 24, 2016, demonstration project proposal under 42 U.S.C. § 1315; (2) Kentucky's July 3, 2017, revised proposal; and (3) the special terms and conditions ("STCs") that CMS approved on January 12, 2018, in connection with Kentucky's proposals.

2. The federal comment period closed on August 18, 2018.

3. CMS continues to evaluate Kentucky's application and the submitted comments.

4. The parties will update the Court in their next joint status report, due on December 15, 2018, regarding any further developments.[1] *See* Aug. 30, 2018 Minute Order.

Dated: November 15, 2018                  Respectfully submitted,

                                             JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Director
Federal Programs Branch

*/s/   Vinita B. Andrapalliyal*
VINITA ANDRAPALLIYAL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-0845 (telephone)
vinita.b.andrapalliyal@usdoj.gov

*Counsel for the Federal Defendants*

*/s/   Jane Perkins*
Jane Perkins
Catherine McKee
Sarah Somers
National Health Law Program
200 N. Greensboro Street, Suite D-13
Carrboro, NC 27510
Phone: 919-968-6308 (x101)
perkins@healthlaw.org
mckee@healhtlaw.org

*Counsel for Plaintiffs*

*/s/   Matthew F. Kuhn*
M. STEPHEN PITT

---

[1] Because December 15, 2018, is a Saturday, the parties will submit their next joint status report by Friday, December 14, 2018.

- 3 -

                S. CHAD MEREDITH
                MATTHEW F. KUHN
                Office of the Governor
                700 Capital Avenue, Suite 101
                Frankfort, Kentucky 40601
                (502) 564-2611 (telephone)
                Steve.Pitt@ky.gov
                Chad.Meredith@ky.gov
                Matt.Kuhn@ky.gov

*Counsel for the Commonwealth of Kentucky*