UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE MAURICE STEWART, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 1:18-cv-152 (JEB) |
| v. | ) |
| | ) |
| ALEX M. AZAR II , et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION REGARDING PROPOSED BRIEFING SCHEDULE**

On November 20, 2018, the Secretary of the Department of Health and Human Services again approved the Kentucky HEALTH project pursuant to Section 1115 of the Social Security Act, 42 U.S.C. § 1315. The approval permits Kentucky to implement the project on or after April 1, 2019. The parties have conferred and submit the following proposed briefing schedule, which would allow for the parties' motions on the merits of this case to be ripe for decision in advance of April 1, 2019:

**December 17, 2018:** Defendants produce administrative record

**January 14, 2019:** Plaintiffs' First Amended Complaint and Plaintiffs' Motion for Summary Judgment

**January 28, 2019:** Defendants' and Intervenor's Oppositions to Plaintiffs' Motion and Defendants' and Intervenor's Motions to Dismiss and/or Motions for Summary Judgment

**February 11, 2019:** Plaintiffs' Opposition to Defendants' and Intervenor's Motions and Plaintiffs' Reply in Support of their Motion

**February 22, 2019:** Defendants' and Intervenor's Replies in Support of their Motions

The parties agree to stay Defendants' obligation to Answer the First Amended Complaint until resolution of these motions.

Dated: December 6, 2018                                     Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MICHELLE BENNETT<br>Assistant Director<br>Federal Programs Branch<br><br>By: /s/ Vinita B. Andrapalliyal<br>VINITA B. ANDRAPALLIYAL<br>MATTHEW SKURNIK<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530<br>(202) 305-0845 (telephone)<br>vinita.b.andrapalliyal@usdoj.gov<br><br>*Counsel for Federal Defendants*<br><br>/s/ Matthew F. Kuhn<br>M. STEPHEN PITT<br>S. CHAD MEREDITH<br>MATTHEW F. KUHN<br>Office of the Governor<br>700 Capital Ave., Suite 101<br>Frankfurt, KY 40601<br>(502) 564-2611 (telephone)<br>Steve.Pitt@ky.gov<br>Chad.Meredith@ky.gov<br>Matt.Kuhn@ky.gov<br><br>*Counsel for the Commonwealth of Kentucky* | By: /s/ Catherine McKee<br>Jane Perkins<br>Catherine McKee<br>Sarah Somers<br>National Health Law Program<br>200 N. Greensboro Street, Suite D-13<br>Carrboro, NC 27510<br>(919) 968-6308 (x101) (telephone)<br>perkins@healthlaw.org<br>mckee@healhtlaw.org<br>edwards@healthlaw.org<br><br>/s/ Ben Carter<br>Ben Carter<br>Cara Stewart<br>Kentucky Equal Justice Center<br>222 South First Street, Suite 305<br>Louisville, KY 40202<br>(502) 303-4062 (telephone)<br>(859) 582-2285 (telephone)<br>bencarter@kyequaljustice.org<br>carastewart@kyequaljustice.org<br><br>/s/ Samuel Brooke<br>Samuel Brooke<br>Emily C.R. Early<br>Neil K. Sawhney<br>Southern Poverty Law Center<br>400 Washington Avenue<br>Montgomery, AL 36104<br>(334) 956-8200 (telephone)<br>samuel.brooke@splcenter.org<br>neil.sawhney@splcenter.org<br>emily.early@splcenter.org<br><br>*Counsel for Plaintiffs* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the Defendants' attorneys of record.

      By:    /s/ Catherine McKee
                 Catherine McKee