**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RONNIE STEWART, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:18-cv-0152-JEB |
| ALEX M. AZAR, et al. ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In accordance with the Court's minute order on August 30, 2018, plaintiffs Ronnie Maurice Stewart, et al., federal defendants Alex M. Azar, et al., and intervenor-defendant the Commonwealth of Kentucky (collectively, the "parties") respectfully submit the following joint status report.

1. On July 19, 2018, in light of this Court's remand order, the Centers for Medicare & Medicaid Services ("CMS") opened another 30-day federal public comment period so that the public could submit comments regarding (1) Kentucky's original August 24, 2016, demonstration project proposal under 42 U.S.C. § 1315; (2) Kentucky's July 3, 2017, revised proposal; and (3) the special terms and conditions ("STCs") that CMS approved on January 12, 2018, in connection with Kentucky's proposals.

2. The federal comment period closed on August 18, 2018.

3. On November 20, 2018, CMS approved Kentucky HEALTH subject to certain limitations. *See* Kentucky HEALTH Approval Package, available at https://www.medicaid.gov/Medicaid-CHIP-Program-Information/By-Topics/Waivers/1115/downloads/ky/ky-health-ca.pdf (last accessed Dec. 12, 2018).

4. The parties proposed, and the Court granted, a briefing schedule in connection with Plaintiffs' impending challenge to CMS's November 20 approval. *See* Joint Motion for a Briefing Schedule, ECF No. 83; *see also* Dec. 6, 2018, Minute Order.

5. In light of the Court's order on the parties' joint motion for a briefing schedule, the parties respectfully request that the Court enter a further order excusing them from filing monthly joint status reports. *See* Aug. 30, 2018, Minute Order (ordering the parties to submit joint status reports on the 15th of each month "until further Order of the Court").

Dated: December 14, 2018                    Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            MICHELLE BENNETT
                                            Assistant Director
                                            Federal Programs Branch

                                            */s/   Vinita B. Andrapalliyal*
                                            VINITA ANDRAPALLIYAL
                                            MATTHEW SKRUNIK
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.
                                            Washington, D.C. 20530
                                            (202) 305-0845 (telephone)
                                            vinita.b.andrapalliyal@usdoj.gov

                                            *Counsel for the Federal Defendants*

                                            */s/   Jane Perkins*
                                            Jane Perkins
                                            Catherine McKee
                                            Sarah Somers
                                            National Health Law Program
                                            200 N. Greensboro Street, Suite D-13
                                            Carrboro, NC 27510
                                            Phone: 919-968-6308 (x101)

- 3 -

perkins@healthlaw.org
mckee@healhtlaw.org

*Counsel for Plaintiffs*

/s/   *Matthew F. Kuhn*
M. STEPHEN PITT
S. CHAD MEREDITH
MATTHEW F. KUHN
Office of the Governor
700 Capital Avenue, Suite 101
Frankfort, Kentucky 40601
(502) 564-2611 (telephone)
Steve.Pitt@ky.gov
Chad.Meredith@ky.gov
Matt.Kuhn@ky.gov

*Counsel for the Commonwealth of Kentucky*