UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE MAURICE STEWART, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:18-cv-152 (JEB) |
| | ) |
| ALEX M. AZAR II, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**KENTUCKY'S RESPONSE TO THE
FEDERAL DEFENDANTS' MOTION TO STAY**

The Commonwealth of Kentucky does not oppose the federal defendants' alternative request for a 10-day extension of all briefing deadlines, but at this time opposes a stay of this case. The Commonwealth's Section 1115 waiver is scheduled to take effect on April 1, 2019, and the Commonwealth is actively working toward that go-live date. The Commonwealth prefers that this action, and any appeal, be resolved sooner rather than later. Because a 10-day extension of all briefing deadlines provides somewhat more flexibility to keep this case moving than does an open-ended stay, the Commonwealth, for now, opposes a stay of this case and supports a 10-day extension of all briefing deadlines, with the option to revisit the necessity of a stay should appropriations continue to lapse.

Respectfully submitted,

/s/ Matthew F. Kuhn
M. Stephen Pitt
S. Chad Meredith
Matthew F. Kuhn, D.C. Bar No. 1011084
Office of the Governor
700 Capital Avenue, Suite 101
Frankfort, Kentucky 40601
(502) 564-2611

Steve.Pitt@ky.gov
Chad.Meredith@ky.gov
Matt.Kuhn@ky.gov

*Counsel for the Commonwealth of Kentucky*

## **CERTIFICATE OF SERVICE**

    I certify that on January 17, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to counsel of record.

/s/ Matthew F. Kuhn
*Counsel for the Commonwealth of Kentucky*