# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX M. AZAR II, et al.,**<br><br>Defendants. | Civil Action No. 1:18-cv-152 (JEB) |

## NOTICE OF SUBMISSION OF SUPPLEMENTAL EXCERPTS OF THE ADMINISTRATIVE RECORD RELIED UPON BY THE FEDERAL DEFENDANTS

The federal defendants hereby file copies of supplemental excerpts of the administrative record. The federal defendants relied on these additional excerpts in their reply memorandum in support of their motion to dismiss, or in the alternative, for summary judgment. *See* ECF No. 122.

Dated: March 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Vinita Andrapalliyal*
VINITA ANDRAPALLIYAL
MATTHEW SKURNIK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005  
(202) 305-0845 (telephone)  
Vinita.b.andrapalliyal@usdoj.gov

*Counsel for the Federal Defendants*

**Table of Federal Defendants' Supplemental Excerpts from the Administrative Record**
*Stewart, et al., v. Azar, et al.*, Civ. No. 18-152-JEB (D.D.C.)

| Excerpt Number | Name of Document | Pages (Original Numbering from Administrative Record) | Page where cited in the Federal Defendants' Memorandum |
|---|---|---|---|
| 27 | Letter from CMS to Cabinet for Health and Family Services Commissioner regarding Kentucky Health demonstration | 2–10 | 13 |
| 28 | Heather Hahn et al., The Urban Inst., Work Requirements in Social Safety Net Programs: A Status Report of Work Requirements in TANF, SNAP, Housing Assistance, and Medicaid (2017) | 4705–4756 | 15 |
| 29 | Peggy A. Thoits & Lyndi N. Hewitt, Vanderbilt University, Volunteer Work and Well-Being, 42 J. of Health & Soc. Behav. 115 (2001) | 5392–5409 | 15 |