UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE MAURICE STEWART,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ALEX M. AZAR II,** *et al.*, <br><br> **Defendants.** | Civil Action No. 18-152 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Defendants' Cross-Motions for Summary Judgment are DENIED;

3. The Secretary's approval of Kentucky HEALTH is VACATED and REMANDED to the agency; and

4. The parties shall appear for a status hearing on April 10, 2019, at 10:30 a.m.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: March 27, 2019