UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONNIE MAURICE STEWART, *et al.*,

    Plaintiffs,

        v.

ALEX M. AZAR II, *et al*.,

    Defendants.

Civil Action No. 18-152 (JEB)

## ORDER

The Court ORDERS that:

1. The parties' [133] Joint Motion is GRANTED;

2. Judgment is ENTERED on Count VIII of Plaintiffs' First Amended Complaint;

3. The remainder of the case is STAYED, including any deadline for attorney fees, pending any appeal by Defendants of the Court's ruling on Count VIII;

4. The parties shall update the Court within 14 days of the appeal deadline if no appeal is filed or, if an appeal is filed, within 14 days of the mandate issuing from the appeal; and

5. The status hearing set for April 10, 2019, at 10:30 a.m. is VACATED.

IT IS SO ORDERED.

                                            /s/ *James E. Boasberg*
                                            JAMES E. BOASBERG
                                            United States District Judge

Date: April 4, 2019