IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONNIE MAURICE STEWART, et al.,

    Plaintiffs,

v.

ALEX M. AZAR II, et al.

    Defendants.

Civil Action No. 1:18-cv-152 (JEB)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants, Alex M. Azar II, in his official capacity as Secretary of Health and Human Services; Seema Verma, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services; Paul Mango, in his official capacity as Chief Principal Deputy Administrator of the Centers for Medicare & Medicaid Services; Demetrios L. Kouzoukas, in his official capacity as Principal Deputy Administrator of the Centers for Medicare & Medicaid Services; Christopher Traylor, in his official capacity as Director of the Center for Medicaid and Children's Health Insurance Program Services; United States Department of Health and Human Services; and the Centers for Medicare & Medicaid Services, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order granting Plaintiffs' Motion for Summary Judgment, denying Defendants' Cross-Motions for Summary Judgment, vacating the Secretary's approval of Kentucky HEALTH, and remanding to the agency, both entered on March 27, 2019, ECF Nos. 131, 132, and Order entering judgment on Count VIII of Plaintiffs' First Amended Complaint, entered on April 4, 2019, ECF No. 134, as well as all prior orders and decisions that merge into those.

Dated: April 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director,
Federal Programs Branch

*/s/ Matthew Skurnik*
VINITA ANDRAPALLIYAL
MATTHEW SKURNIK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-8188 (telephone)
Matthew.Skurnik@usdoj.gov

*Counsel for the Federal Defendants*