# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 19-5095** | **September Term, 2019** |
| | 1:18-cv-00152-JEB |
| | **Filed On: January 8, 2020** [1823173] |

Ronnie Maurice Stewart, et al.,

    Appellees

    v.

Alex Michael Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

    Appellants

Commonwealth of Kentucky, ex rel. Matthew G. Bevin, Governor,

    Appellee

------------------------------

Consolidated with 19-5097

## M A N D A T E

In accordance with the order of January 8, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk
BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk

Link to the order filed January 8, 2020