# Exhibit 1

## Perkins Decl.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RONNIE MAURICE STEWART, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:18-cv-00152-JEB |
| v. | ) | |
| | ) | |
| ALEX M. AZAR II, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JANE PERKINS IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**

I, Jane Perkins, declare as follows:

1.      I am an adult and competent to testify. If called as a witness in this action, I would truthfully and competently testify consistent with the following.

2.      I am the Legal Director of the National Health Law Program (NHeLP). I have worked with NHeLP for over 35 years. NHeLP is a non-profit law firm that provides consultation and litigation services to poverty law and disability attorneys and to clients on the range of health issues affecting limited-income people and people with disabilities. I received my J.D. from the University of North Carolina, Chapel Hill, in 1981 and a Masters' Degree in Public Health from the University of California, Berkeley, in 1982. I am admitted to the State Bars in North Carolina, California, and Maryland (inactive). I am also admitted to practice before a number of federal district courts, all of the federal circuit courts of appeals, and the United States Supreme Court.

3.      As NHeLP's Legal Director, I am familiar with the qualifications of the NHeLP attorneys for whom we are seeking a fee award in this case. Catherine McKee, a Senior Attorney, received her J.D. from the University of California, Berkeley, School of Law in 2009. She is admitted to the State Bars in North Carolina and California (inactive), federal district court in D.C.,

1

and the D.C. and Eleventh Circuit Courts of Appeals. Sarah Grusin, a Staff Attorney, received her J.D. from Yale Law School in 2014 and is admitted to State Bar of Illinois and federal district courts in Illinois and Indiana. Joe McLean was a Staff Attorney from 2017-2019. He received his J.D. from UC Berkeley School of Law in 2015 and is admitted to the State Bar of North Carolina.

<u>Case Management</u>

4.      Four organizations worked together to represent the Plaintiffs: NHeLP, located in Carrboro, NC; Kentucky Equal Justice Center (KEJC), located in Louisville, KY; the Southern Poverty Law Center (SPLC), located in Montgomery, AL and Atlanta, GA; and Jenner and Block, located in Washington, DC.

5.      Over the course of the litigation, all of the organizations working on behalf of the Plaintiffs discussed legal strategy, conducted research, and help draft court documents. However, each organization had designated roles. NHeLP took primary responsibility for the case, including developing legal strategy, drafting the complaint, and drafting the merits briefs. Jenner & Block's work focused on defeating the motion to transfer, drafting specific sections of the merits briefs, reviewing and editing all pleadings, and the oral arguments. KEJC focused on screening and working with individuals who were retained as Plaintiffs in the case. SPLC focused on assisting KEJC with screening and retaining clients and on discrete research and writing parts of the merits briefs.

6.      I have reviewed the time/activity records of each counsel in this case. The offices have struck hundreds of hours of time recorded on this matter from our request. This includes time spent on tasks that are not otherwise compensable under EAJA, such as work to successfully oppose a lawsuit filed in the Eastern District of Kentucky by the Governor of Kentucky against the *Stewart I* Plaintiffs, to file a lawsuit under the Kentucky Public Records Act to successfully

obtain documents between the state and federal governments that were relevant to this case, and to prepare and submit comments to the federal Medicaid agency during the public comment period that followed the *Stewart I* remand. Non-legal work was also omitted (*e.g*., talking with the press, making travel arrangements). In accordance with court practices, travel time was reduced by one-half. Exercising billing discretion, we eliminated time spent by counsel on work to obtain necessary agreements (*e.g*., client retainers and co-counseling agreements) and research/discussion of claims not ultimately presented to the court. Time entries that were not well described or were arguably duplicative or inefficient were excluded. The litigation team held a recurrent conference call to discuss case developments and work. We have billed time for only one attorney from each organization for these calls. We did not bill for attorneys who worked fewer than 20 hours on the case: two attorneys from NHeLP; one attorney from SPLC, one attorney from KEJC, and more than ten attorneys and paralegals from Jenner & Block. We excluded work performed by law students. We also eliminated time entries predating June 2017.

7.      Attached to this declaration are the time sheets of the attorneys for whom NHELP seeks a fee award. Attorneys are instructed to record their activities in a timely, accurate way and to describe them with some specificity Each attachment shows the date, a description of work performed, and time spent on that work. Attachment A concerns the time expended by myself; Attachment B, Catherine McKee; Attachment C, Sarah Grusin; Attachment D, Joe McLean. These time sheets reflect the following hours for each billing attorney:

| ATTORNEY | 2017 Hours | 2018 Hours | 2019 Hours | TOTAL |
|---|---|---|---|---|
| Jane Perkins | 74.1 | 254.1 | 124.3 | 452.5 |
| Catherine McKee | 37.5 | 239.5 | 121.7 | 398.7 |
| Sarah Grusin | 2.0 | 43.2 | 47.4 | 92.6 |
| Joe McLean | 6 | 29 | 3.3 | 38.3 |

8.      The Declaration of Thomas J. Perrelli, Partner at Jenner and Block, includes the

time sheets for attorneys for whom Jenner & Block is seeking a fee award. *See* Perrelli Decl. (Exh.

2, hereto). Attachment A to his declaration is the time sheet for Tom Perrelli; Attachment B, Ian

H. Gershengorn; Attachment C, Devi M. Rao; Attachment D, Natacha Y. Lam, Attachment E,

Lauren J. Hartz. These time sheets reflect the following hours for each billing attorney:

| Attorney | 2017 Hours | 2018 Hours | 2019 Hours | TOTAL |
|---|---|---|---|---|
| Thomas J. Perrelli | 9.5 | 90.5 | 8.75 | 108.75 |
| Ian H. Gershengorn | - | 123 | 52.75 | 175.75 |
| Devi M. Rao | 4.75 | 133.5 | - | 138.25 |
| Natacha Y. Lam | 11.5 | 117.75 | 42.25 | 171.5 |
| Lauren J. Hartz | - | 90 | - | 90 |

9.      The Declaration of Ben Carter, Senior Litigation and Advocacy Counsel at KEJC,

includes the time sheets of attorneys for whom KEJC is seeking a fee award. *See* Carter Decl.

(Exh. 3, hereto). Attachment A is the time sheet of Ben Carter; Attachment B, Anne Marie Regan;

Attachment C, Cara Stewart. Those timesheets include work with individuals who did not become

plaintiffs, and those individuals are referred to by their initials. These time sheets reflect the

following hours for each billing attorney:

| Attorney | 2017 Hours | 2018 Hours | 2019 Hours | TOTAL |
|---|---|---|---|---|
| Anne Marie Regan | 132.6 | 100.9 | -- | 233.5 |
| Cara Stewart | 34.2 | 45.5 | -- | 79.7 |
| Ben Carter | -- | 13.6 | 32.7 | 46.3 |

10.     The Declaration of Samuel Brooke, Deputy Legal Director at SPLC, includes the

time sheets of attorneys for whom SPLC is seeking a fee award. *See* Brooke Decl. (Exh. 4, hereto).

Attachment A is the time sheet of Samuel Brooke; Attachment B, Emily Early; Attachment C,

Ellen Degnan. These time sheets reflect the following hours for each billing attorney:

| Attorney | 2017 Hours | 2018 Hours | 2019 Hours | TOTAL |
|---|---|---|---|---|
| Samuel Brooke | 3.46 | 13.16 | 5.32 | 21.94 |
| Emily Early | 12.83 | 65.84 | 53.66 | 132.33 |
| Ellen Degnan | -- | 21.14 | 28 | 49.14 |

<u>Hourly Rates</u>

11.     To calculate the rates, I accessed the "Consumer Price Index Regional Resources" webpage located on the U.S. Bureau of Labor Statistics webpage. *See* https://www.bls.gov/cpi/regional-resources.htm. I calculated hours for NHeLP, KEJC, and SPLC by selecting the "South-Urban" region. I generated a table showing CPI data from 1996 through 2019. For each year, 2017-2019, I determined the hourly rate by dividing the annual CPI for the relevant year by the March 1996 CPI and multiplying the product by $125, as follows:

2017:          $\frac{237.456}{152.4}$ x $125= $194.76

2018:          $\frac{242.737}{152.4}$ x $125 = $199.09

2019:          $\frac{246.265}{152.4}$ x. $125= $201.98

I calculated the hourly rate for Jenner & Block by selecting the "Washington" area (DC-VA-MC-WV). I generated a table showing CPI data from 1996 through 2019. For each year, 2017-2019, I determined the hourly rate by dividing the annual CPI for the relevant year by the March 1996 CPI and multiplying the product by $125, as follows:

2017:          $\frac{256.221}{158.4}$ x $125 = $202.19

2018:          $\frac{261.445}{158.4}$ x $125= $206.31

2019:          $\frac{264.777}{158.4}$ x $125 = $208.94

5

<u>Fees Requested</u>

12.     The total requested fee award for each office is as follows:

For National Health Law Program:

| Attorney | 2017 | | 2018 | | 2019 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Hours | Rate | |
| Perkins | 74.1 | $194.76 | 254.1 | $199.09 | 124.3 | $201.98 | **$90,126.60** |
| McKee | 37.5 | $194.76 | 239.5 | $199.09 | 121.7 | $201.98 | **$79,566.52** |
| Grusin | 2.0 | $194.76 | 43.2 | $199.09 | 47.4 | $201.98 | **$18,564.07** |
| McLean | 6 | $194.76 | 29 | $199.09 | 3.3 | $201.98 | **$7,608.70** |
| **TOTAL** | | | | | | | **$195,865.89** |

For Jenner & Block:

| Attorney | 2017 | | 2018 | | 2019 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Hours | Rate | |
| Perrelli | 9.5 | $202.19 | 90.5 | $206.31 | 8.75 | $208.94 | **$22,420.09** |
| Gershengorn | - | $202.19 | 123 | $206.31 | 52.75 | $208.94 | **$36,397.72** |
| Rao | 4.75 | $202.19 | 133.5 | $206.31 | - | $208.94 | **$28,502.79** |
| Lam | 11.5 | $202.19 | 117.75 | $206.31 | 42.25 | $208.94 | **$35,445.90** |
| Hartz | - | $202.19 | 90 | $206.31 | - | $208.94 | **$18,567.90** |
| **TOTAL** | | | | | | | **$141,334.39** |

For Kentucky Equal Justice Center:

| Attorney | 2017 | | 2018 | | 2019 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Hours | Rate | |
| Regan | 132.6 | $194.76 | 100.9 | $199.09 | -- | $201.98 | **$45,913.36** |
| Stewart | 34.2 | $194.76 | 45.5 | $199.09 | -- | $201.98 | **$15,719.39** |
| Carter | -- | $194.76 | 13.6 | $199.09 | 32.7 | $201.98 | **$9,312.37** |
| **TOTAL** | | | | | | | **$70,945.12** |

For Southern Poverty Law Center:

| Attorney | 2017 | | 2018 | | 2019 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Hours | Rate | |
| Brooke | 3.46 | $194.76 | 13.16 | $199.09 | 5.32 | $201.98 | **$4,368.42** |
| Early | 12.83 | $194.76 | 65.84 | $199.09 | 53.66 | $201.98 | **$26,445.11** |
| Degnan | -- | -- | 21.14 | $199.09 | 28 | $201.98 | **$9,864.20** |
| **TOTAL** | | | | | | | **$40,677.73** |

<u>Costs</u>

13. Attachment E to this declaration provides copies of receipts for which NHeLP is seeking

costs as follows:

| | | |
|---|---|---|
| 3/31/2018 | Printing Admin. Rec. | $387.90 |
| 6/30/2018 | Expedited Transcript | <u>$358.90</u> |
| | Total: | **$746.80** |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this

24th day of February, 2020.

<u>/s/ Jane Perkins</u>
Jane Perkins

**Attachment A: Hours for Jane Perkins**

| Date | Description | Time |
|---|---|---|
| 6/3/2017 | KY: Resaerch and draft legal theories memo. | 4.8 |
| 6/6/2017 | KY: Resarch legal theories memo. | 6.1 |
| 6/13/2017 | KY: Conf. with Catherine McKee (CM) & NHeLPers re: complaint | 1.4 |
| 6/13/2017 | KY: Conf. w/KY: team re: legal claims and case dev. | 1.0 |
| 6/16/2017 | KY: Email exh.w/AMR re: work requirements | 0.2 |
| 6/27/2017 | KY: TCW KY: team re: plaintiffs and legal arguments | 0.8 |
| 7/11/2017 | KY: Call w/co-counsel to discuss KY waiver and claims | 1.0 |
| 7/13/2017 | KY: Edit legal theories memo | 3.2 |
| 7/15/2017 | KY: Edit legal theories mem; add questions to research | 6.8 |
| 7/25/2017 | KY: Meet with litig. Group to discuss comments, Plfs, claims | 0.8 |
| 7/26/2017 | KY: Prepare task list | 0.6 |
| 8/8/2017 | KY: TCW co-counsel re: plaintiffs and claims | 0.7 |
| 8/9/2017 | KY: Discuss cost sharing and premiums with NHeLP team | 0.8 |
| 8/9/2017 | KY:  Edit legal theroies memo | 3.1 |
| 8/10/2017 | KY: Finalize legal theories memo; send legal theories memo to co-counsel | 1.8 |
| 8/22/2017 | KY: Meet w/NHeLP team re: status of plaintiffs and framing allegations | 0.5 |
| 8/23/2017 | KY: Draft Complaint | 2.4 |
| 8/25/2017 | KY: Draft complaint | 1.6 |
| 8/27/2017 | KY: Draft complaint | 2.4 |
| 8/30/2017 | KY: Edit draft complaint | 3.7 |
| 9/5/2017 | KY: TCW co-counsel re: plaintiffs and record | 0.9 |
| 9/8/2017 | KY: Research retro coverage | 0.6 |
| 9/13/2017 | KY: update litigation task list | 0.2 |
| 9/13/2017 | KY: verify plaintiff status of potential plaintiff | 0.5 |
| 9/17/2017 | KY: Read Foley Hoag memo on work requirements | 0.3 |
| 10/3/2017 | KY: Call with co-counsel to discuss paintiffs' situations | 1.0 |
| 10/17/2017 | KY: TCW Cara KEJC re: waiver and legal theories | 1.0 |
| 10/17/2017 | KY: Email exchange w/Cara re: TCW 1115 office | 0.2 |
| 10/24/2017 | KY/IN: Email exch w/Tom Perrili (TPP re: confidentiality | 0.1 |
| 10/26/2017 | KY: Revise plaintiff para. | 0.5 |
| 10/31/2017 | KY: Meet w/co-counsel re: claims and next steps | 1.4 |
| 11/5/2017 | KY: Edit complaint | 2.1 |
| 11/6/2017 | KY: Email exchange with Sam Brooke (SB) re: cost sharing and 1983 | 0.2 |
| 11/7/2017 | KY: Edit complaint paragraphs re: plaintiffs | 3.7 |
| 11/8/2017 | KY: Edit complaint para. Re: plaintiffs | 1.0 |
| 11/8/2017 | KY: Email to co-counsel re: complaint | 0.2 |
| 11/10/2017 | KY: Amend complaint plaintiff paragraphs | 0.4 |
| 11/11/2017 | KY: Amend complaint to edit/add plaintiff | 0.4 |
| 11/13/2017 | KY: discuss plf allegations re: NEMT & ER copay w/NHeLP team | 0.4 |
| 11/14/2017 | KY: Call with co-counsel to discuss Soc Sec Act history, plaintiff allegations | 1.0 |
| 11/27/2017 | KY: Email to J&B re: claims | 0.3 |
| 11/28/2017 | KY: Meet w/co-counsel re: complaint and filing | 0.7 |
| 11/28/2017 | KY: Edit plaintiff allegations | 0.4 |
| 11/30/2017 | KY: email exchange with AMR re: plaintiffs | 0.2 |

| 12/1/2017 | KY: Amend complaint to update plaintiff allegations | 0.3 |
|---|---|---|
| 12/4/2017 | KY: Review plan for plf. Declarations | 0.1 |
| 12/7/2017 | KY: Email co-counsel re: case status | 0.1 |
| 12/8/2017 | KY: TCW Sam Brooke re: plaintiffs and complaint | 0.2 |
| 12/9/2017 | KY: Edit complaint | 3.0 |
| 12/12/2017 | KY: email exchange with Sam Brooke re: WR DSMD | 0.2 |
| 12/12/2017 | KY: TCW co-counsel re: plaintiffs | 0.5 |
| 12/12/2017 | KY: TCW Tom Perrili re: complaint and filing | 0.4 |
| 12/14/2017 | KY: amend complaint-plaintiff allegations | 0.5 |
| 12/15/2017 | KY: Edit Complaint | 2.0 |
| 12/15/2017 | KY: Email exchange w/SPLC re: premium lock outs | 0.2 |
| 12/18/2017 | KY: Edit complaint | 1.4 |
| 12/20/2017 | KY: email exch w/SPLC re: A. Hatcher | 0.1 |
| 12/21/2017 | KY: research and edit complaint | 3.2 |
| 12/22/2017 | KY: edit plaintiff allegations | 0.4 |
| 12/22/2017 | KY: email exch w/AMR re: timing of approval | 0.1 |
| **2017 TOTAL** | | **74.1** |
| | | |
| 1/2/2018 | KY: email exch w Sam Brooke re: timing of approval | 0.1 |
| 1/9/2018 | KY: TCW co-cousnel re: approval, plaintiffs, claims | 1.2 |
| 1/11/2018 | KY: Read DSMD for work requirements | 1.2 |
| 1/11/2018 | KY: Write letter to CMS re: problems with DSMD | 1.9 |
| 1/11/2018 | KY: email exch. w/AMR re: plaintiff | 0.3 |
| 1/12/2018 | KY: Read approval | 1.6 |
| 1/12/2018 | KY: Meet with co-counsel to discuss approval and next steps | 1.1 |
| 1/13/2018 | KY: Review approval | 0.9 |
| 1/13/2018 | KY: Review complaint | 1.4 |
| 1/14/2018 | KY: Email to TPerrilli re: claims | 0.1 |
| 1/14/2018 | KY: Research re: APA arbit & cap. Claim | 2.6 |
| 1/15/2018 | KY: Research and edit complaint | 6.0 |
| 1/16/2018 | KY: Research and edit complaint | 5.8 |
| 1/17/2018 | KY: Edit complaint | 5.9 |
| 1/18/2018 | KY: Edit complaint | 4.0 |
| 1/19/2018 | KY: Research and edit complaint | 7.9 |
| 1/19/2018 | KY: TCW J&B re: claims and timing of filing | 1.3 |
| 1/20/2018 | KY: Redraft complaint | 4.7 |
| 1/21/2018 | KY: Redraft complaint | 2.5 |
| 1/22/2018 | KY: Edit complaint | 4.9 |
| 1/23/2018 | KY: Meet with co-counsel re: filing | 1.0 |
| 1/23/2018 | KY: Edit and Finalize complaint | 4.7 |
| 1/24/2018 | KY: Final edits | 0.4 |
| 1/31/2018 | KY: TCW Tom Perrili (TP) re: scheduling | 0.3 |
| 2/2/2018 | KY: TCW TP re: scheduling | 0.2 |
| 2/7/2018 | KY: Meet w co-counsel re: scheduling, briefing | 0.5 |
| 2/8/2018 | KY: Email w/DRao (DR) re: filing, service | 0.5 |
| 2/13/2018 | KY: TCW AMR re: plaintiffs | 0.4 |
| 2/13/2018 | KY: TCW DOJ & J&B re: case schedule | 0.5 |

| | | |
|---|---|---|
| 2/16/2018 | KY: Read memo on Judge Boasberg's decisions | 0.4 |
| 2/18/2018 | KY: Rvw. Motion to Transfer and read cases | 1.6 |
| 2/20/2018 | KY: Meet w/ co-counsel re: Stewart transfer mot. | 0.4 |
| 2/21/2018 | KY: Email to J&B re: intro to response to mot to transfer | 0.2 |
| 2/21/2018 | KY: research & edit response to mot to transfer | 4.1 |
| 2/21/2018 | KY: research motion to transfer (0.3); email to DR re: same (0.1) | 0.4 |
| 2/23/2018 | KY: Emails w/DR re: opposition to motion to transfer | 0.2 |
| 2/28/2018 | KY: CW CMcKee (CM) re: scheduling | 0.1 |
| 2/28/2018 | KY: Email exch w/TP re; scheduling | 0.1 |
| 3/1/2018 | KY: Discuss briefing schedule w/CM | 0.2 |
| 3/1/2018 | KY: Discuss briefing schedule w/TP | 0.3 |
| 3/2/2018 | KY: TCW CM re: AR (0.1); memo to review team re: AR | 0.3 |
| 3/5/2018 | KY: TCW Tom P re: KY: claims | 0.1 |
| 3/6/2018 | KY: Read Def Reply Mot to Transfer | 0.4 |
| 3/6/2018 | KY: Read Amicus re: Mot to Transfer | 0.4 |
| 3/7/2018 | KY: email exch w SB and Devi re: R 7 service | 0.1 |
| 3/7/2018 | KY: Review DOJ change to schedule (0.1); email to JB re: same | 0.2 |
| 3/13/2018 | KY: Call with co-counsel to discuss scheduling | 0.2 |
| 3/19/2018 | KY: Meet w/NHeLP Team to discuss briefing responsibilities | 0.5 |
| 3/19/2018 | KY: Research and Edit Opening brief | 5.8 |
| 3/20/2018 | KY: Meet with Co-counsel re: case processing | 1.3 |
| 3/20/2018 | KY: Research and Edit opening Brief | 5.7 |
| 3/21/2018 | KY: Research opening brief AR | 5.8 |
| 3/22/2018 | KY: Edit brief | 5.4 |
| 3/23/2018 | KY: Research and edit brief | 4.9 |
| 3/26/2018 | KY: Edit brief | 6.2 |
| 3/27/2018 | KY: Edit brief | 5.8 |
| 3/27/2018 | KY: TCW J&B re: edits to brief | 1.0 |
| 3/29/2018 | KY: Edit brief | 6.2 |
| 3/30/2018 | KY: Edit brief | 3.4 |
| 4/2/2018 | KY: Read KY: answer (0.3); IM summary of Answer (0.1) | 0.4 |
| 4/2/2018 | KY: TCW CM and Judy Solomon re: WR data from KY | 0.5 |
| 4/5/2018 | KY: email to co-counsel re: research re: Notice on MTTransfer | 0.1 |
| 4/5/2018 | KY: Review Notice re: MTT (0.1); research cases (0.4) | 0.5 |
| 4/8/2018 | KY: Read amicus briefs | 1.1 |
| 4/16/2018 | KY: Conversation w/Devi R re: conference with court | 0.2 |
| 4/17/2018 | KY: Conference Call with Judge Boasberg | 0.2 |
| 4/17/2018 | KY: Call wco-counsel to recap conf. with Judge & plan for drafting response br. | 1.0 |
| 4/17/2018 | KY: Stewart: TCW TP re: oral argument | 0.3 |
| 4/19/2018 | KY: Stewart: CV CM re: division on work on responses | 0.2 |
| 4/26/2018 | KY: Read KY: Mem for SJ and exhibits | 1.0 |
| 4/26/2018 | KY: Discuss responses with CMcK | 1.0 |
| 4/26/2018 | KY: Meet with co-counsel re: brief responses | 1.0 |
| 4/26/2018 | KY: Read DOJ Mem for SJ and exhibits | 1.3 |
| 4/27/2018 | KY: Develop response to Defs' briefs | 4.5 |
| 4/27/2018 | KY: Discuss drafting of response briefs with NHELP team | 1.0 |
| 4/28/2018 | KY: Draft response to Defs' briefs | 3.5 |

| 4/30/2018 | KY: Con NHeLP team re: deference argument | 1.0 |
|---|---|---|
| 5/3/2018 | KY: draft reply | 5.8 |
| 5/4/2018 | KY: research 1115 cases | 6.3 |
| 5/7/2018 | KY: research objectives and draft | 8.5 |
| 5/8/2018 | KY: same | 7.5 |
| 5/9/2018 | KY: draft and edit brief | 10.0 |
| 5/10/2018 | KY: edit brief | 2.5 |
| 5/11/2018 | KY: edit brief | 4.2 |
| 5/12/2018 | KY: edit brief | 4.5 |
| 5/13/2018 | KY: finalize NHeLP's edits | 4.0 |
| 5/25/2018 | KY: read Fed reply brief | 0.5 |
| 5/25/2018 | KY: read KY: reply brief | 0.5 |
| 5/31/2018 | KY: develop Q&A for oral argument | 2.5 |
| 6/1/2018 | KY: Q&A for oral argument | 1.0 |
| 6/4/2018 | KY: Q&A for oral argument | 0.7 |
| 6/5/2018 | KY: Moot court | 2.5 |
| 6/5/2018 | KY: Prepare for moot | 0.5 |
| 6/6/2018 | KY: Additional points for oral argument | 0.6 |
| 6/13/2018 | KY: moot court | 3.0 |
| 6/13/2018 | KY: research premium questions for IG for argument | 0.5 |
| 6/14/2018 | KY: Read and assess ECF 69 | 2.8 |
| 6/14/2018 | KY: Travel to DC for argument | 2.0 |
| 6/15/2018 | KY: pre-meet for and attend oral argument | 3.1 |
| 6/15/2018 | KY: travel from DC after argument | 4.5 |
| 6/18/2018 | KY: review MCO contract re: medically frail penalties | 0.2 |
| 6/19/2018 | KY: read sup. Auth filed by DOJ | 0.6 |
| 6/19/2018 | KY: review plaintiff notices | 0.2 |
| 6/20/2018 | KY:  read transcript of OA | 0.7 |
| 6/26/2018 | KY: meet w/ co-counsel re: plaintiffs and implementation | 1.0 |
| 6/26/2018 | KY: review plaintiff status; AMR email re: same | 0.2 |
| 6/29/2018 | KY: Read opin. | 0.9 |
| 6/29/2018 | KY: Discuss Opin. w/NC team | 0.5 |
| 7/5/2018 | KY: TCW Anthem MCO employee re: terminations | 0.2 |
| 7/5/2018 | KY: research vision, dental, NEMT coverage and Order | 4.9 |
| 7/6/2018 | KY: research v/d/NEMT coverage & edit cease and desist letter | 3.0 |
| 7/10/2018 | KY:  meet with co-counsel re: state implementation | 1.0 |
| 7/18/2018 | KY: TCW co-counsel re: reopening record & next steps | 1.0 |
| 7/23/2018 | KY:  CW CM re: comments and record | 0.5 |
| 7/24/2018 | KY: CW co-counsel re: comments | 0.5 |
| 7/27/2018 | KY: Discuss comments with CM | 0.2 |
| 7/31/2018 | KY: TCW DOJ/IG re: DOJ request to vacate judgment | 0.2 |
| 8/7/2018 | KY: TCW co-counsel re: comments and KY: case update | 0.5 |
| 8/10/2018 | KY: rvw. Amended mot & email DOJ to accept | 0.2 |
| 8/13/2018 | KY: email to Anne Marie re: pending joint motion | 0.1 |
| 8/13/2018 | KY: email with KEJC re: new plaintiffs | 0.1 |
| 8/14/2018 | KY: edit cease and desist letter | 0.2 |
| 8/17/2018 | KY: revise plf. Declaration and send to co-counsel | 1.1 |

| | | |
|---|---|---|
| 8/20/2018 | KY: email from Natacha L. re: decls. | 0.2 |
| 8/20/2018 | KY: article III standing APA research | 1.6 |
| 8/20/2018 | KY: read selected comments | 2.9 |
| 8/21/2018 | KY: discuss AR with CM, IM, and JM | 0.3 |
| 8/21/2018 | KY: Meet with co-counsel re: AR, plaintiffs | 0.7 |
| 8/21/2018 | KY: review new plaintiffs | 0.3 |
| 8/23/2018 | KY: meet w/NHELP team re: AR review | 0.6 |
| 8/27/2018 | KY: email w/CM and AMR re: plf. Decs. | 0.3 |
| 8/27/2018 | KY: discuss scheduling with CM and email to DOJ re: same | 0.2 |
| 8/28/2018 | KY: TCW TP re: next steps | 0.5 |
| 11/21/2019 | KY: Read new approval | 1.0 |
| 11/21/2018 | KY: email to CM re: scheduling drafting | 0.3 |
| 11/25/2018 | KY: email to CM re: scheduling drafting | 0.1 |
| 11/27/2018 | KY: email exchange w/CM re: challenging reapproval | 0.6 |
| 11/27/2018 | KY: emails to CM re: legal issues from reapproval | 0.3 |
| 11/27/2018 | KY: read CMS re-approval letter and STCs | 3.1 |
| 12/30/2018 | KY: CW CM re: briefing outline | 0.7 |
| **2018 TOTAL** | | **254.1** |
| | | |
| 1/1/2019 | KY: Rvw Robin Riter decl. | 0.3 |
| 1/2/2019 | KY: CW CM and SG re: WR arguments and AR cites | 0.7 |
| 1/2/2019 | KY: email w/SB and CM re: complaint | 0.2 |
| 1/4/2019 | KY: conversation w/CM re: extra pages | 0.2 |
| 1/4/2019 | KY: Write letter to DOJ re: missing AR documents | 0.7 |
| 1/4/2019 | KY: draft objectives section | 4.8 |
| 1/5/2019 | KY: CW CM re: amending complaint | 0.7 |
| 1/5/2019 | KY: edit brief | 3.1 |
| 1/5/2019 | KY: research and draft objectives section | 2.8 |
| 1/7/2019 | KY: edit brief | 5.2 |
| 1/7/2019 | KY: research objectives; read cases | 2.6 |
| 1/8/2019 | KY: edit brief | 6.8 |
| 1/8/2019 | KY: meet with co-counsel re: case progress & briefing | 0.5 |
| 1/9/2019 | KY: edit brief objective an AR sections | 5.4 |
| 1/10/2019 | KY: edit brief | 3.8 |
| 1/11/2019 | KY: edit legal authority section | 0.8 |
| 1/12/2019 | KY: proof brief | 7.0 |
| 1/13/2019 | KY: check AR citations | 0.4 |
| 1/13/2019 | KY: read through and edit near final | 2.5 |
| 1/13/2019 | KY: review draft of amended complaint | 1.2 |
| 1/14/2019 | KY: Draft MSJ | 0.4 |
| 1/14/2019 | KY: Draft proposed order | 0.2 |
| 1/14/2019 | KY: email to DOJ to oppose stay | 0.1 |
| 1/14/2019 | KY: final edits to opening brief and final reviews | 1.1 |
| 1/14/2019 | KY: finalize amended complaint | 0.8 |
| 1/14/2019 | KY: email exchange w/co-counsel re DOJ stay request | 0.1 |
| 1/15/2019 | KY: TCW Cliff at J&B re: eliminating FN cuts | 0.3 |
| 1/15/2019 | KY: edit FNs | 1.3 |

| Date | Description | Hours |
|---|---|---|
| 1/15/2019 | KY: email exch w/SB re: opposition | 0.2 |
| 1/16/2019 | KY: email to Jenner re: citations | 0.2 |
| 1/16/2019 | KY: research and draft mem. for TP re: opp stay | 1.3 |
| 1/16/2019 | KY: research LRs re: filings | 0.2 |
| 1/16/2019 | KY: review edits to shortened brief | 0.3 |
| 1/17/2019 | KY: final review of shortened brief | 0.3 |
| 1/17/2019 | KY: revise and finalize opp. Stay | 0.7 |
| 1/22/2019 | KY: Read Deans amicus brief | 0.6 |
| 1/22/2019 | KY: Read AAP amicus brief | 0.5 |
| 1/24/2019 | KY: read AARP amicus brief | 0.5 |
| 1/25/2019 | KY: TCW TP re: Medicaid & 1396 purpose | 0.5 |
| 2/4/2019 | KY: Read DOJ brief | 1.2 |
| 2/4/2019 | KY: Read KY: brief | 1.0 |
| 2/5/2019 | KY: TCW co-counsel re: next steps | 0.8 |
| 2/10/2019 | KY: re-read Stewart, Pharma, cases cited by Defs. | 2.1 |
| 2/11/2019 | KY: research reply | 3.2 |
| 2/12/2019 | KY: research and draft reply | 3.1 |
| 2/13/2019 | KY: draft reply-objectives section | 6.2 |
| 2/14/2019 | KY: edit brief | 5.2 |
| 2/15/2019 | KY: edit brief | 6.9 |
| 2/16/2019 | KY: edit brief | 5.4 |
| 2/17/2019 | KY:  edit brief | 3.8 |
| 2/18/2019 | KY: edit and finalize brief for sending to Jenner | 4.0 |
| 2/19/2019 | KY: final edits and review | 2.8 |
| 2/20/2019 | KY: revisions to Jenner edits and final edits | 3.6 |
| 3/7/2019 | KY: discuss oral arg. w/IG and litigation team | 0.4 |
| 3/11/2019 | KY: email to IG re: previous 1115 cases | 0.3 |
| 3/14/2019 | KY: Final confer w/IG re: Oral argument | 1.0 |
| 3/13/2019 | KY: Travel to argument | 3.0 |
| 3/14/2019 | KY: Oral argument | 1.5 |
| 3/14/2019 | KY: Travel from argument | 3.0 |
| 3/27/2019 | KY: read opinion | 1.0 |
| 3/27/2019 | KY:  discuss opinion with co-counsel | 0.3 |
| 4/1/2019 | KY: Review draft joint motion | 0.1 |
| 4/2/2019 | KY: review and revised joint R. 54(d) motion | 0.5 |
| 4/3/2019 | KY: review final draft of R 54(d) (0.2); email to DOJ (0.1) | 0.3 |
| 4/9/2019 | KY: create activity timeline for IG | 0.4 |
| 4/16/2019 | KY: TCW co-counsel to discuss pending motions and steps | 0.2 |
| 4/17/2019 | KY: Stewart: conf. w co-counsel re: conf. call and response | 0.5 |
| 5/1/2019 | KY: Read oral argument transcript | 1.4 |
| 11/18/2019 | KY: TCW Ben re: new governor's approach to 1115 waiver | 0.2 |
| 11/19/2019 | KY: TCW Gov office, Travis Mayo, re withdrawing 1115 app, MTD | 0.5 |
| 11/19/2019 | KY: TCW Ian G re: change in KY position | 0.5 |
| 12/4/2019 | KY: Email to co counsel re: KY pulling out | 0.3 |
| 12/5/2019 | KY: TCW  Travis Mayo re: withdrawing  MTD | 0.3 |
| **2019 TOTAL** | | **124.3** |

**TOTAL**                                                                      **452.5**

**Attachment B: Hours for Catherine McKee**

| Date | Hours | Description |
|------|-------|-------------|
| 6/13/17 | 1.4 | Internal discussion on possible claims |
| 6/14/17 | 2.5 | Research and complaint drafting |
| 6/15/17 | 3.5 | Research and complaint drafting |
| 6/16/17 | 4.5 | Research and complaint drafting |
| 6/19/17 | 4.0 | Research and complaint drafting |
| 6/20/17 | 4.0 | Research and complaint drafting |
| 8/7/17 | 2.0 | Complaint edits |
| 8/8/17 | 1.5 | Legal theories memo |
| 8/9/17 | 0.9 | Discussion with researchers on work requirement literature |
| 8/9/17 | 0.8 | Internal discussion on cost sharing |
| 8/18/17 | 1.3 | Edits to complaint |
| 8/22/17 | 0.5 | Internal meeting re: complaint |
| 8/25/17 | 4.0 | Research - premiums and cost sharing |
| 9/11/17 | 1.0 | Outlining argument - premiums and cost-sharing |
| 9/12/17 | 1.0 | Outlining argument - premiums and cost-sharing |
| 10/23/17 | 0.4 | Review edits to complaint |
| 11/1/17 | 1.0 | Review of federal level comments |
| 11/3/17 | 1.0 | Review of federal level comments |
| 11/6/17 | 0.8 | Review of federal level comments |
| 11/13/17 | 0.4 | Internal discussion re: NEMT and ER cost sharing |
| 11/13/17 | 1.0 | Edits to complaint |
| 1/11/18 | 1.2 | Read DSMD letter |
| 1/12/18 | 2.0 | Read approval |
| 1/13/18 | 3.0 | Editing and drafting complaint - legal sections |
| 1/14/18 | 2.0 | Editing and drafting complaint - legal sections |
| 1/15/18 | 1.0 | Research for complaint |
| 1/15/18 | 2.0 | Editing and drafting complaint |
| 1/19/18 | 3.0 | Editing complaint |
| 1/20/18 | 3.0 | Editing complaint |
| 1/22/18 | 2.0 | Editing complaint |
| 1/23/18 | 2.0 | Editing complaint |
| 2/15/18 | 0.3 | Read memo on JB decisions |
| 2/21/18 | 1.2 | Review and edit opposition to motion to transfer |
| 2/26/18 | 2.8 | Research and drafting argument - premiums and copay |
| 2/27/18 | 2.0 | Research and drafting argument - premiums and copay |
| 2/28/18 | 0.1 | Talk w/ JP about scheduling |
| 2/28/18 | 4.0 | Research and drafting argument - premiums and copay |
| 3/1/18 | 0.2 | Talk w/ JP re: scheduling |
| 3/1/18 | 2.5 | Research and drafting argument - premiums and copay |
| 3/2/18 | 0.2 | Talk w/ JP re: record |
| 3/2/18 | 2.0 | Research and drafting argument - premiums and copay |
| 3/5/18 | 0.8 | Research - premiums and cost sharing |
| 3/8/18 | 1.5 | Reviewing AR |
| 3/9/18 | 2.0 | Reviewing AR |

| | | |
|---|---|---|
| 3/10/18 | 3.8 | Reviewing AR |
| 3/11/18 | 6.5 | Reviewing AR |
| 3/12/18 | 7.0 | Reviewing AR and materials cited |
| 3/13/18 | 0.2 | Reviewing outline for PI/SJ brief |
| 3/13/18 | 4.5 | Reviewing AR and materials cited |
| 3/14/18 | 4.0 | Reviewing AR and materials cited |
| 3/15/18 | 3.6 | Reviewing AR and materials cited |
| 3/16/18 | 3.0 | Reviewing AR |
| 3/17/18 | 3.8 | Drafting argument - premiums and copay |
| 3/18/18 | 3.0 | Drafting argument - copay |
| 3/19/18 | 0.5 | Internal meeting re: briefing |
| 3/19/18 | 1.5 | Editing argument - premiums and copay |
| 3/20/18 | 1.3 | Review draft brief sections on work |
| 3/20/18 | 0.3 | Email to co-counsel about procedural requirements |
| 3/21/18 | 5.0 | Drafting background sections of brief |
| 3/22/18 | 6.5 | Drafting and editing brief sections on work, premiums and copay, lockouts |
| 3/23/18 | 5.8 | Drafting and editing brief sections on lockouts, NEMT, retro |
| 3/24/18 | 1.8 | Review AR on NEMT |
| 3/25/18 | 2.5 | Editing brief section NEMT |
| 3/26/18 | 3.5 | Editing brief sections on lockout, NEMT |
| 3/27/18 | 2.0 | Drafting and editing brief section on lockouts |
| 3/28/18 | 1.5 | Reviewing and editing brief |
| 3/29/18 | 1.0 | Confirming AR contents re NEMT |
| 3/29/18 | 4.0 | Editing brief |
| 3/30/18 | 2.5 | Editing brief |
| 4/2/18 | 0.5 | Talk w/ Jane and CBPP re: WR data |
| 4/6/18 | 0.8 | Read amicus briefs |
| 4/10/18 | 0.5 | Read order re: motion to transfer |
| 4/19/18 | 0.2 | Talk w/ Jane re: our response brief |
| 4/26/18 | 2.2 | Read opposition briefs |
| 4/26/18 | 1.0 | Internal discussion re: opposition briefs |
| 4/26/18 | 1.3 | Outlining response and timeline/assignments |
| 4/27/18 | 1.0 | Internal discussion re: opposition briefs |
| 4/28/18 | 5.0 | Research and writing response - cost sharing |
| 4/29/18 | 7.0 | Research and outlining response - premiums, lockouts |
| 4/30/18 | 1.0 | Internal discussion re: deference response |
| 4/30/18 | 2.8 | Drafting response - lockouts |
| 5/1/18 | 7.5 | Drafting response - premiums |
| 5/2/18 | 6.0 | Drafting response - premiums and lockouts |
| 5/3/18 | 3.0 | Editing - premiums and lockouts |
| 5/8/18 | 1.1 | Editing - NEMT and retroactive coverage |
| 5/8/18 | 3.2 | Drafting response - work requirements record-based |
| 5/9/18 | 4.8 | Editing draft of entire brief - cutting, condensing |
| 5/10/18 | 1.2 | Editing - premiums, WR sections |
| 5/11/18 | 2.2 | Reviewing and editing next draft of entire brief (v.2 from co-counsel) |
| 5/12/18 | 2.4 | Reviewing and editing next draft of entire brief (v.5 from co-counsel) |

| 5/13/18 | 2.0 | Reviewing and editing next draft of entire brief (v.6 from co-counsel) |
| 5/14/18 | 2.0 | Final edits to brief |
| 5/25/18 | 1.2 | Read DOJ and KY reply briefs |
| 5/31/18 | 1.0 | Prep material for oral arg |
| 6/1/18 | 2.0 | Prep material for oral arg |
| 6/5/18 | 2.3 | Moot court |
| 6/13/18 | 0.6 | Research re: prior premium waivers |
| 6/13/18 | 2.5 | Moot court |
| 6/14/18 | 2.0 | Review KY filing on plaintiffs and prep for oral arg |
| 6/14/18 | 2.0 | Travel to DC for oral arg (1/2 time) |
| 6/15/18 | 3.0 | To oral arg and oral arg |
| 6/15/18 | 4.5 | Travel back from DC (1/2 time) |
| 6/19/18 | 0.8 | Read oral arg transcript |
| 6/29/18 | 1.0 | Read opinion |
| 6/29/18 | 0.5 | Internal discussion of opinion |
| 7/23/18 | 0.5 | Talk w/ JP re: record |
| 7/27/18 | 0.2 | Talk w/ JP re: our comments |
| 8/1/18 | 0.4 | Research on timing for filing fee petition |
| 8/21/18 | 0.3 | Internal discussion re: comment review |
| 8/23/18 | 0.6 | Internal discussion re: comment review |
| 8/23/18 | 0.8 | Preparing structure for comment review |
| 8/28/18 | 1.8 | Edits to amended complaint |
| 8/28/18 | 0.1 | Internal emails re: comment review |
| 9/4/18 | 0.3 | Status call w/ co-counsel re: plaintiffs and comment review |
| 9/4/18 | 0.5 | Edits to amended complaint |
| 9/12/18 | 0.1 | Email to DOJ re: joint status report |
| 9/13/18 | 0.2 | Review joint status report and respond to DOJ/KY |
| 9/18/18 | 0.1 | Email w/ KEJC re: plaintiff income |
| 9/18/18 | 0.9 | Status call w/ co-counsel re: plaintiff updates; new KEJC staff |
| 9/18/18 | 0.2 | Email w/ KEJC re: medically frail status |
| 9/20/18 | 0.3 | Review plaintiff dec and email KEJC |
| 10/2/18 | 0.5 | Call w/ co-counsel - regular check-in |
| 10/2/18 | 1.5 | Reviewing decs and adding to complaint |
| 10/7/18 | 2.3 | Adding decs to complaint |
| 11/20/18 | 1.2 | Reading new approval letter |
| 11/21/18 | 0.5 | Emails back and forth with Jane re: proposed briefing schedule |
| 11/25/18 | 2.0 | Reading new STCs |
| 11/27/18 | 1.2 | Emails back and forth with Jane re: new arguments to pursue in round 2 |
| 11/27/18 | 0.5 | Call w/ co-counsel re: plans for moving forward with case |
| 11/26/18 | 0.3 | Develop proposed briefing schedule and send to DOJ |
| 11/27/18 | 0.1 | Email to DOJ re: their response to our briefing schedule |
| 11/27/18 | 0.1 | Email to KY re: proposed briefing schedule |
| 11/28/18 | 2.3 | Comparing approval letter to opinion and our briefing |
| 11/29/18 | 0.2 | Emails back and forth with Jane re: DOJ/KY counter-proposal |
| 11/30/18 | 0.2 | Email back to DOJ/KY re: briefing schedule |
| 12/4/18 | 0.3 | Draft joint proposed briefing schedule |
| 12/4/18 | 0.1 | Send joint motion to DOJ/KY |

| | | |
|---|---|---|
| 12/6/18 | 0.3 | Accept edits to joint motion and file it |
| 12/13/18 | 0.6 | Draft outline for brief with assignments and timelines |
| 12/19/18 | 0.3 | Talk with SPLC about brief |
| 12/28/18 | 2.3 | Draft premiums and ER cost-sharing sections of brief |
| 12/28/18 | 1.0 | Review draft plaintiff decs |
| 12/29/18 | 1.8 | Review more draft plaintiff decs |
| 12/29/18 | 2.0 | Start drafting A/C section - premiums |
| 12/29/18 | 1.4 | Review AR - correspondence |
| 12/29/18 | 0.3 | Talk w/ SG re: improving health section of brief |
| 12/30/18 | 1.2 | Review AR - correspondence |
| 12/30/18 | 0.7 | Talk w/ JP re: outline of brief |
| 12/31/18 | 1.6 | Drafting A/C section - premiums |
| 12/31/18 | 3.5 | Review record - comments |
| 1/1/19 | 0.8 | Edit draft plaintiff decs |
| 1/1/19 | 2.0 | Drafting A/C section - work |
| 1/2/19 | 0.7 | Discussion with Sarah G and Jane re: A/C section of brief |
| 1/2/19 | 0.6 | Edit draft decs |
| 1/2/19 | 2.8 | Drafting A/C section - work and whole project |
| 1/2/19 | 0.3 | Emails w/ JP and SPLC re: brief |
| 1/3/19 | 1.0 | Drafting A/C section - NEMT and health |
| 1/3/19 | 1.0 | Getting AR citations for A/C section |
| 1/4/19 | 1.3 | Drafting A/C section - admin lockouts and health |
| 1/4/19 | 0.3 | AR citations for work coverage loss |
| 1/4/19 | 0.2 | Talk with Jane re: page number extension |
| 1/4/19 | 0.1 | Review letter to KY re: supplementing record |
| 1/4/19 | 2.3 | Review amended complaint draft |
| 1/5/19 | 0.7 | Talk with Jane re: amended complaint draft |
| 1/5/19 | 1.0 | Review 1/2 of draft brief |
| 1/5/19 | 3.0 | Edit coverage loss section of draft brief |
| 1/6/19 | 4.0 | Edit health and financial benefits section of draft brief |
| 1/6/19 | 0.3 | Talk w/ SG re: improving health section of brief |
| 1/7/19 | 0.3 | Edits to two more decs |
| 1/7/19 | 1.3 | Further edits to health and financial benefits section of draft brief |
| 1/7/19 | 0.7 | Edits to objectives section of brief |
| 1/7/19 | 0.2 | Draft motion for page extension |
| 1/7/19 | 0.1 | Email opposing counsel re: motion for page extension |
| 1/7/19 | 0.1 | Emails with co-counsel re: refering back to our original SJ briefing |
| 1/8/19 | 1.0 | Edits to first 20 pages of brief |
| 1/8/19 | 1.4 | Edits to second 20 pages of brief |
| 1/8/19 | 1.3 | Edits to remaining section of brief |
| 1/9/19 | 0.8 | Additions to A/C section of brief |
| 1/10/19 | 4.5 | Reviewing AR and adding citations to brief |
| 1/10/19 | 0.1 | Talk with Sam (SPLC) about decs |
| 1/11/19 | 2.3 | Adding AR citations to brief |
| 1/11/19 | 0.3 | Talk w/ SG re: studies in brief |
| 1/12/19 | 6.5 | Incorporating co-counsel's edits into brief |
| 1/13/19 | 3.6 | Reading and editing amended complaint |

| 1/13/19 | 2.0 | Cite checking AR pages |
|---------|-----|------------------------|
| 1/13/19 | 0.4 | Emailing with co-counsel about edits to Stewart dec |
| 1/14/19 | 0.8 | Reviewing decs and ordering plaintiffs in complaint |
| 1/14/19 | 0.6 | Emailing with co-counsel about particular plaintiffs in complaint |
| 1/14/19 | 0.5 | Final edits to complaint |
| 1/15/19 | 1.0 | Editing brief to remove FNs |
| 1/15/19 | 0.3 | Looking at when terminations might start per STCs and sending to JP |
| 1/16/19 | 0.5 | Editing AR citations in brief |
| 1/16/19 | 0.3 | Reviewing opposition to stay |
| 1/25/19 | 1.2 | Reading amicus briefs |
| 2/3/19  | 2.0 | Putting together appendix |
| 2/5/19  | 2.0 | Reviewing KY and DOJ response briefs |
| 2/6/19  | 0.8 | Outline for our response |
| 2/7/19  | 1.2 | Edits to promoting health/financial indep section |
| 2/7/19  | 3.8 | Drafting brief - fiscal sustainability and experiment |
| 2/8/19  | 3.0 | Drafting brief - experiment and project as a whole |
| 2/9/19  | 4.0 | Drafting brief - project as a whole, WR section (AR) |
| 2/10/19 | 5.5 | Drafting brief - WR section, premiums section (AR) |
| 2/11/19 | 1.2 | Drafting premiums section |
| 2/11/19 | 1.0 | Reviewing appendix docs and uploading them |
| 2/11/19 | 1.8 | Edits to draft brief - sections I wrote |
| 2/12/19 | 4.0 | Edits to draft brief - record-based sections and standing |
| 2/13/19 | 5.0 | Edits to draft brief |
| 2/16/19 | 5.0 | Compiling and reviewing edits to brief from co-counsel |
| 2/17/19 | 4.0 | Additional edits to brief |
| 2/18/19 | 3.3 | Additional edits to brief |
| 2/19/19 | 1.6 | Cite checking AR pages |
| 2/22/19 | 3.0 | Compiling supplemental appendix |
| 2/23/19 | 1.5 | Finishing supplemental appendix filings |
| 3/12/19 | 3.0 | Call w/ co-counsel to prep for oral argument |
| 3/12/19 | 0.8 | Research prep for oral argument |
| 3/13/19 | 3.0 | Travel to DC for oral arg (1/2 time) |
| 3/14/19 | 1.5 | Oral arg |
| 3/14/19 | 3.0 | Travel back from DC (1/2 time) |
| 3/27/19 | 1.0 | Read decision |
| 4/9/19  | 1.2 | Read oral arg transcript |

**TOTAL      398.7**

**Attachment C: Hours for Sarah Gruisin**

| Date | Description | Hours |
|---|---|---|
| 9/7/2017 | review draft KY complaint | 0.5 |
| 11/3/2017 | Review comments for citations to relevant studies, add into google doc EE made to compile all relevant research | 1.5 |
| 1/11/2018 | Review DSMD letter on work requirements and analyze studies cited within (Jenkins, United, and van der Noordt) to prepare response. | 1.8 |
| 1/12/2018 | Review STCs, add comments/notes to google doc EE created | 1.5 |
| 1/15/2018 | conduct legal research on separation of powers claim, APA claim re: objectives of Medicaid Act and reducing enrollment, | 2.5 |
| 1/16/2018 | Draft new allegations re: FLSA and SOP claim | 2 |
| 1/17/2018 | double check Trump's "vow" to explode the ACA quote for complaint | 0.1 |
| 1/18/2018 | Review CMS's Q&A on DSMD letter for statements to include in complaint; confer via email JP & CM | 0.4 |
| 1/18/2018 | Draft allegations based on CMS Q&A | 0.2 |
| 1/21/2018 | Review KY complaint, line edit and identify additional necessary allegations, provide thoughts on constitutional claims to Jane via email | 2 |
| 3/9/2018 | identify relevant caselaw, prior briefing, and secondary sources (journal articles) on take care clause in preparation for drafting SJ/PI brief | 0.7 |
| 3/21/2018 | Research statutory interpretation law re: SCOTUS cases holding that text of statute controls (not Chevron cases) | 0.6 |
| 3/23/2018 | Edit work requirement authority and objectives section (JP sent draft with Jenner and my sections incorporated) | 1.5 |
| 3/28/2018 | Review almost final draft of brief, proofread and line-edit, add in handful of record cites, flag some substantive comments/suggestions | 3.4 |
| 4/26/2018 | Read Federal Gov't's MTD/SJ brief | 1.6 |
| 4/26/2018 | Team meeting to discuss Feds and KY briefs | 1 |
| 4/27/2018 | Draft response to federal governmet's MTD  Take Care claim | 0.7 |
| 4/27/2018 | Review PHH Corp., 881 F.3d 75 for implications for Take Care argument | 0.3 |
| 4/27/2018 | Draft response to federal governmet's MTD  Take Care claim | 1 |
| 4/30/2018 | Research deference arguments for MSJ reply brief (questions of deep economic and political signficance) | 1.5 |
| 4/30/2018 | revise Take Care Reply section with cites found during deference research | 0.4 |
| 5/2/2018 | Draft deference section; email JP re: overlap between deference and objectives, and in response, incorporate objectives arguments into draft of deference section | 2.5 |
| 5/3/2018 | review PhrMA v. Walsh for language re: as far as practical (per JP's email) | 0.2 |
| 5/4/2018 | confer w/ JP re: Texas v. US case and whether it impacts our nondelegation arguments | 0.2 |
| 5/4/2018 | review legislative history of Medicaid expansion population | 2.1 |
| 5/6/2018 | confer w/ JP re: Beno and CK, and how DC Circuit analyzes agency action | 0.8 |
| 5/7/2018 | line edit pages 1-20 of v3 draft of response brief | 2 |
| 5/8/2018 | research cases citing "as far as practicable" language, confer w/ JP via email re: findings | 0.6 |
| 5/8/2018 | research scope of AR, re: whether articles cited in comments are in the adminsitrative record | 1.5 |
| 5/10/2018 | Edit v8 of draft to cut length of DSMD section | 1.9 |
| 6/29/2018 | review opinion | 1 |

| Date | Description | Hours |
|---|---|---|
| 8/8/2018 | review DOJ's draft motion to vacate the judgment; send research on whether final judgment should be entered | 0.8 |
| 12/29/2018 | t/c with CM re: work-health section assignment (outline, outstanidng questions, etc.) | 0.3 |
| 12/31/2018 | Draft work-health Section for KY brief | 6.1 |
| 1/1/2019 | Review AR for comments to input relevant citations into work-health section and edit draft section (sent to Dave Machledt) | 8 |
| 1/2/2019 | Skim record to identify possible missing comments (RWJ and CLASP) | 1.3 |
| 1/2/2019 | Review and incorporate Dave's edits to work-health section, develop v2 draft | 0.5 |
| 1/2/2019 | review and compile cases re: APA requirement to explain reason for discounting evidence, send to Jane and Catherine | 0.4 |
| 1/3/2019 | Continue editing work and health section (v2), responding to Dave's more substantive comments, incorporating ESI coverage access citations, and re-framing simple causation paragraph | 2.2 |
| 1/3/2019 | Review record for comments to support work-coverage loss section | 1.3 |
| 1/3/2019 | Continue to review record for comments to support work-coverage loss section | 3.2 |
| 1/4/2019 | Review and incorporate Dave's edits to work-health section of KY SJ brief, edit section to shorten, including reviewing cited AR comments and resarch and cite checking | 2.6 |
| 1/4/2019 | email w/ JP re: objectives and ESI for objectives section | 0.2 |
| 1/4/2019 | Respond to CM questions on work coverage loss section | 0.1 |
| 1/4/2019 | Review Verma's more recent statements, confer w/ JP re: adding to KY amended complaint | 0.3 |
| 1/6/2019 | Edit objectives section from Jane | 1.6 |
| 1/6/2019 | Call w/ Catherine re: organization of work-health section | 0.3 |
| 1/6/2019 | continue editing objectives section, fill in cites from new AR, re-work fiscal sustainability paras. | 1.5 |
| 1/6/2019 | Edit work-health section and part of the coverage loss section in response to CM's reorganization and comments | 2.6 |
| 1/7/2019 | Edit work-health section after Catherine's 2nd round of comments. | 1.1 |
| 1/11/2019 | confer w/ CM re: Dobson/DeVanzo study, review study, and draft insert for brief | 0.5 |
| 1/11/2019 | review draft of work health section to respond to CM questions on studies, and AR cites needed in brief | 2.5 |
| 1/13/2019 | AR cite check pages 1-11 | 0.9 |
| 2/1/2019 | review NATIONAL LIFELINE ASSOCIATION v. FCC for possible use in briefing | 0.5 |
| 2/5/2019 | review federal MTD and MSJ memo (including reviewing AR and case citations to confirm context and accuracy) | 1.6 |
| 2/6/2019 | review KY MTD and MSJ memo (including reviewing AR citations within) | 0.6 |
| 2/6/2019 | Update Take Care section for KY reply brief | 0.4 |
| 2/7/2019 | Draft reply section - arbitrary and capricious even under Secretary's objectives | 3.1 |
| 2/7/2019 | review recent DC Circuit arbitrary and capricious cases for reply section re: waiver won't promote health | 0.8 |
| 2/7/2019 | review draft appendix w/ AR cites | 0.4 |
| 2/8/2019 | Revise KY MSJ reply section re: waiver won't promote health based on CM's comments | 1.5 |

**Attachment C: Hours for Sarah Gruisin**

| | | |
|---|---|---|
| 2/10/2019 | confer w/ JP re: response to 2012 FAQs on healthy behaviors, and whether financial independence arguments are new | 0.2 |
| 2/10/2018 | confer w/ JP re: predictive judgment | 0.4 |
| 2/10/2019 | review DOJ's 1396u argument, and outline response | 0.5 |
| 2/11/2019 | draft paragraph response to 1396u argument | 0.4 |
| 2/12/2019 | research deference to agency guidance interpreting case laws, and begin research on deference to FAQs | 4 |
| 2/12/2019 | email CM w/ cite to Bellion Spirits, LLC v. United States, 335 F. Supp. 3d 32 (D.D.C. 2018) and discussion of how to use to frame our brief | 0.2 |
| 2/13/2019 | finish research on deference to FAQs, email to JP with notes | 0.5 |
| 2/15/2019 | pull AR cites for voluntary work programs are successful | 0.6 |
| 2/18/2019 | confer w/ CM, JM, and IM re: voluntary vs. required work program and best AR cites | 0.6 |
| | **TOTAL** | **92.6** |

**Attachment D: Hours for Joe McLean**

| Date | Hours | Description |
|---|---|---|
| 10/30/2017 | 1.0 | Review and organize comments from first KY waiver application |
| 10/31/2017 | 2.0 | Review and organize comments from first KY waiver application |
| 11/1/2017 | 2.3 | Review and organize comments from first KY waiver application |
| 11/2/2017 | 0.7 | Review KY waiver application |
| 1/13/2018 | 1.1 | Review waiver approval and Special Terms & Conditions |
| 1/26/2018 | 1.5 | Research Judge Boasberg prior decisions |
| 1/26/2018 | 0.3 | Review Seema Verma testimony before Senate Finance Committee |
| 2/1/2018 | 0.7 | Update deliverable timeline with litigation deadlines |
| 2/14/2018 | 0.7 | Research Judge Boasberg prior decisions |
| 3/16/2018 | 0.4 | Review admin record for evidence on lockouts |
| 3/19/2018 | 0.4 | Research how to supplement admin record |
| 3/27/2018 | 1.5 | Review correspondence to identify timeline of changes to lockouts |
| 3/28/2018 | 1.1 | Research redactions to admin record |
| 3/29/2018 | 0.4 | Look for 2nd round comments re: lockouts, program integrity |
| 3/30/2018 | 0.4 | Review supplemental record docs |
| 4/30/2018 | 1.7 | Review defendants' & intervenor's MTD / MSJ briefs |
| 5/2/2018 | 0.5 | Research agency responsibility to respond to comments |
| 6/29/2018 | 0.6 | Review district court opinion |
| 7/23/2018 | 0.7 | Review new KY comments |
| 7/24/2018 | 0.5 | Review new KY comments |
| 7/25/2018 | 0.2 | Review new KY comments |
| 7/31/2018 | 0.4 | Review new KY comments |
| 8/17/2018 | 1.2 | Review new KY comments |
| 8/20/2018 | 0.7 | Finish reviewing Kentucky 3rd round comments |
| 8/30/2018 | 1.8 | Review & catalog comments |
| 8/31/2018 | 3.1 | Review & catalog comments |
| 9/4/2018 | 1.3 | Review substantive 3d round comments |
| 9/7/2018 | 1.4 | Review substantive 3d round comments |
| 9/10/2018 | 2.1 | Review substantive 3d round comments |
| 12/17/2018 | 1.5 | Gather relevant comments for record-based arguments |
| 12/18/2018 | 0.6 | Gather relevant comments for record-based arguments |
| 12/20/2018 | 0.7 | Create chart w/ comment analysis |
| 12/30/2018 | 0.4 | Gather relevant comments for record-based arguments |
| 12/30/2018 | 1.1 | Summarize pro-waiver comments |
| 1/2/2019 | 0.8 | Review KY admin record for new/mailed-in comments |
| 1/2/2019 | 0.1 | Research question about KY foster care youth footnote |
| 1/10/2019 | 0.4 | Look for comments re: churn, gaps in coverage |
| 1/12/2019 | 0.4 | Check admin record cites in brief |
| 1/13/2019 | 0.9 | Check admin record cites in brief |
| 2/17/2019 | 0.4 | Find admin record citations for coverage loss |
| 2/19/2019 | 0.3 | Check cites to admin record in reply brief |

**TOTAL**          **38.3**



**Attachment 5**

Gretchen Gaskill <gaskill@healthlaw.org>

## Your Print Online Order Has Shipped

**FedEx Office** <no-reply.ecommerce@fedex.com>                                                    Mon, Mar 12, 2018 at 5:12 PM
To: nhelpnc@healthlaw.org


Dear Jane ,

Your FedEx Office Print Online order has shipped.

ORDER -- SUMMARY DETAILS

Order Number: 1016000844662147

Order Price
Subtotal: $340.85
Shipping: $19.99
Packing & Handling: $ --
Tax: $27.06
Total: $387.90

Payment by: Credit Card

Job Number: 1013540625692256

FedEx Office center producing order: Center - 3002 : 114 W Franklin St CHAPEL HILL, NC 27516 UNITED STATES

Phone: (919) 967-0790
E-mail: usa3002@fedex.com
Order Ready by Date: Mar 12, 2018 at 12:00 PM EDT
Expected Delivery by Date: Mar 13, 2018 at 12:00 PM EDT
Please note that the above delivery time is what is expected, but not guaranteed. We will make every effort to deliver your
package on or by that time.
Documents: 2.pdf (1) 2.pdf 1.pdf 3.pdf 4.pdf 5.pdf 6.pdf 7.pdf 8.pdf 9.pdf 10.pdf 11.pdf 15.pdf 17a.pdf 17b.pdf 18-1.pdf 18-2.pdf
19-1.pdf 19-2reduced.pdf 20-1.pdf 20-2.pdf 20-3.pdf
Recipient: Perkins, Jane


Shipping address: National Health Law Program 200 N Greensboro Street, Suite D-13 Suite D-13 CARRBORO, NC 27510
UNITED STATES

Delivery via FedEx Office Pickup and Delivery (PUD)
Price: $340.85
Shipping: $19.99
Packing & Handling: $ --
Tax: $27.06

If you have questions concerning your order, please call the FedEx Office center producing the order and ask for the Project
Coordinator. You can reference your order by Order Number 1016000844662147.

If you have questions about this order or other comments or concerns regarding FedEx Office, please contact FedEx Office
customer relations at 1.800.GoFedEx (1.800.463.3339). You can reference your order by Order Number 1016000844662147.

Get more with My FedEx Rewards You can earn points for gift cards, MP3 players, laptops, and more, when you sign up for My
FedEx Rewards. Go to fedex.com/rewards to sign up now. Enter the following Job Number at fedex.com/rewards to earn up to
60,000 points! Job Number: 1013540625692256

This email is automated, and replies to this email will not be received.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RONNIE MAURICE STEWART, et al.,**

　　　　　Plaintiffs,

v.

Civil Action No. 1:18-cv-152 (JEB)

**ALEX M. AZAR II, et al.,**

　　　　　Defendants.

## CERTIFICATION OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD

　　　I, Timothy Hill, Acting Director of the Center for Medicaid and CHIP Services, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, under authority delegated to me by the Secretary of Health and Human Services, certify that the attached list comprises additional documents forming a part of the administrative record in the above-captioned case. These documents, which are attachments to public comments submitted during the federal public comment periods, inadvertently were omitted from the administrative record certified on March 5, 2018. *See* ECF No. 28. I also certify that, to the best of my knowledge, this supplemental administrative record includes a true and complete copy of documents that CMS considered in approving Kentucky's Medicaid Section 1115 Demonstration Number 11-W-00306/4 and 21-W-00067/4.

Dated: March 29, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Timothy Hill