# Exhibit 3

Carter Decl.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RONNIE MAURICE STEWART, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-152 (JEB) |
| | ) | |
| ALEX M. AZAR II, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Declaration of Ben Carter in Support of Plaintiffs' Motion for Attorney's Fees**

I, Ben Carter, being of sound mind declare that the following is true and correct:

1) Since September of 2018, I have served as the Senior Litigation and Advocacy Counsel for Kentucky Equal Justice Center. My predecessor in this full-time position was Anne Marie Regan.

2) The Kentucky Equal Justice Center promotes equal justice for all Kentuckians by advocating for people with little money and other vulnerable members of society. KEJC is a nonprofit law firm and advocacy organization. KEJC represents marginalized Kentuckians in court and represents their interests in Frankfort through legislative and regulatory advocacy. It coordinates task forces for legal aid and private attorneys across the state in the areas of family law, workers' rights, public benefits and healthcare, and consumer and housing.

3) We are seeking a fee award for the work performed by three of the Kentucky Equal Justice Center attorneys who worked on this case. Those attorneys are Anne Marie Regan, Cara Stewart, and me. We are not seeking a fee award for an attorney who worked fewer than 20 hours on this case.

4) I was licensed to practice law in Kentucky by the Kentucky Supreme Court in September 2006. I am also licensed to practice law in the Eastern and Western Districts of Kentucky.

5) Anne Marie Regan received her J.D. from Catholic University in Washington, DC in 1980. She worked for 37 years on behalf of low-income Kentuckians (first at Legal Aid Society and then at Kentucky Equal Justice Center) before retiring in October of 2018.

6) Kentucky Equal Justice Center employs a Health Law Fellow, a full-time position for an attorney to focus exclusively on legal and administrative issues affecting low-income Kentuckians' health care and access to health care. During this litigation, Cara Stewart served as a Kentucky Equal Justice Center Health Law Fellow. Cara Stewart received her J.D. in 2008 and worked as Kentucky Equal Justice Center's Health Law Fellow from 2013 until January of 2019.

7) As counsel in this case, the attorneys for Kentucky Equal Justice Center have recorded time contemporaneously in 0.1 hour intervals. Attached to my declaration are timesheets that accurately reflect the work we have performed on this case through 2019 for which we are seeking a fee award:  Ben Carter (Att. A); Ms. Regan (Att. B); Ms. Stewart (Att. C).

8) Our request for a fee award reflects billing discretion. Considerable work and time spent have been omitted for reasons described in the Declaration submitted by Jane Perkins from the National Health Law Program

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true. Executed this 23nd day of February, 2020.

                                          /s/ Ben Carter
                                          Ben Carter
                                          Kentucky Equal Justice Center
                                          222 South First Street, Suite 305
                                          Louisville, KY 40202
                                          502-303-4062
                                          bencarter@kyequaljustice.org

**Attachment A: Hours for Ben Carter**

| Date | Work Performed | Hours |
|---|---|---|
| 9/21/2018 | Initial meeting with co-counsel re: state of litigation, key pleadings | 0.3 |
| 9/24/2018 | Preparing spreadsheet of remaining and new Plaintiffs; email to co-counsel | 1.0 |
| 9/24/2018 | Reviewing pleadings, declarations of class plaintiffs with co-counsel | 1.8 |
| 9/24/2018 | Reviewing pleadings (Order, Complaint, etc.) | 0.9 |
| 9/25/2018 | Emails with co-counsel re: status of declarations | 0.2 |
| 9/27/2018 | Reviewing Court's Order | 0.9 |
| 10/1/2018 | Reviewing Diika declaration | 0.1 |
| 10/1/2018 | Phone call/email re: Bevin responses to comments, access to files, outlining Order's requirements | 0.2 |
| 10/1/2018 | Updating declarations spreadsheet | 0.1 |
| 10/4/2018 | Reviewing declarations of potential plaintiffs; phone call with Miranda re: status; email re: status | 0.6 |
| 10/10/2018 | Preparing Katelyn Allen's declaration; comm re: same | 0.4 |
| 10/16/2018 | Email/Letter/Phone Calls to Katelyn Allen | 0.4 |
| 10/16/2018 | Phone call with co-counsel re: declarations status, case history | 0.9 |
| 10/16/2018 | Biweekly phone call with co-counsel | 0.5 |
| 11/27/2018 | Phone call with co-counsel re: schedule, research needs, Plaintiffs | 0.6 |
| 12/24/2018 | Organizing Plaintiff Declarations, updating statuses for each | 3.5 |
| 12/26/2018 | Reviewing and revising plaintiff spreadsheet; email to KEJC advocates re: plaintiff statuses | 0.8 |
| 12/28/2018 | Phone call with Miranda re: client statuses | 0.4 |
| 1/1/2019 | Revising Ritter Declaration; phone calls with client | 1.6 |
| 1/1/2019 | Phone call with co-counsel re: Ritter Declaration | 0.2 |
| 1/1/2019 | Reviewing co-counsel revisions of Ritter Declaration; incorporating same; email to co-counsel | 1.3 |
| 1/2/2019 | Meet with Ritter | 2.2 |
| 1/2/2019 | Revising Keith and Wittig declarations; organizing Plaintiff files, spreadsheet; emails to co-counsel | 1.5 |
| 1/3/2019 | Phone calls with co-counsel re: status of final declarations; revising final declarations | 2.2 |
| 1/4/2019 | Phone call with Miranda; reviewing emails | 0.2 |
| 1/8/2019 | Weekly call with co-counsel | 0.5 |
| 1/8/2019 | Meet with Robin Ritter | 1.7 |
| 1/11/2019 | Reviewing/revising MSJ; email to co-counsel | 0.7 |
| 1/11/2019 | Updating and finalizing declarations | 2.1 |
| 1/13/2019 | Meeting with Debra Wittig | 0.3 |
| 1/13/2019 | Revising Ronnie Stewart's Declaration; emails, calls with co-counsel | 3.5 |
| 1/13/2019 | Phone calls with Ronnie Stewart | 0.2 |
| 1/14/2019 | Meet with Mr. Stewart | 3.1 |
| 1/14/2019 | Resolving question re: Mr. Roode | 0.5 |
| 1/17/2019 | Phone call with co-counsels re: motion to stay | 0.5 |
| 1/17/2019 | Phone message to opposing counsel (KY) | 0.1 |
| 1/17/2019 | Reviewing response to motion to stay | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/6/2019 | Reviewing emails from Miranda/Jane re: re-enrollment following voluntary disenrollment from Kentucky HEALTH; reviewing approval letter and STCs; phone call with Miranda; email to group re: same | 1.5 |
| 3/12/2019 | Phone calls with clients | 0.7 |
| 3/13/2019 | Travel to DC | 2.5 |
| 3/14/2019 | Preparing for hearing; attending hearings; meeting with co-counsel | 3.0 |
| 3/15/2019 | Travel from DC | 2.5 |
| | **TOTAL** | **46.3** |

## Attachment B: Hours for Anne Marie Regan

| Date | Work Performed | Hours |
|---|---|---|
| 6/15/2017 | Review causes of action | 1.0 |
| | Research/compiling contacts for plaintiff referrals | 0.7 |
| 6/16/2017 | Respond to Jane Perkins EM about revised work requirements | 0.3 |
| | EM to Rich Seckel (RS) re: plaintiffs | 0.5 |
| 6/19/2007 | EM to legal team - response to Jane Perkins (JP) re: questions on NEMT | 0.2 |
| | CT RS re potential plaintiffs (PP) | 1.0 |
| 6/20/2017 | CT Miranda Brown (MB) re responding to potential plaintiffs | 0.5 |
| 6/27/2017 | Conference call with legal team | 0.6 |
| 7/7/2017 | Call w/ CF (PP) | 0.4 |
| | EM to legal team re CF | 0.2 |
| 7/10/2017 | LT JS (PP) | 0.3 |
| | EM to JD (PP) | 0.2 |
| | EM to legal team re: CF | 0.2 |
| 7/11/2017 | Conference call with legal team | 1.0 |
| 7/13/2017 | CF JD (PP) | 0.2 |
| | Review of waiver application rules for SSI/SSD/medially frail | 1.0 |
| | EM to RS & CS re client letters and retainer and question re waiver exemption | 0.3 |
| | LT CF (PP) | 0.5 |
| 8/8/2017 | Reviewed legal team task list - EM to team | 0.2 |
| | Call w/ CF (PP) | 0.1 |
| | Conference call with legal team | 0.8 |
| 8/11/2017 | CW SPLC (Emily & Sakeena) re plaintiffs | 0.8 |
| | CW Cara re plaintiffs | 0.5 |
| | CW Rich re: nexts steps | 0.3 |
| 8/14/2017 | CT Ronnie Stewart (PP) | 0.1 |
| | EM to TC (PP) | 0.2 |
| | CT ES father of PP | 0.2 |
| | CT Kevin Withers (PP) | 0.1 |
| 8/16/2017 | Updated chart of potential plaintiffs - EM to team | 0.5 |
| 8/17/2017 | EM to BP (PP) | 0.2 |
| 8/18/2017 | CT BP (PP) | 0.3 |
| 8/21/2017 | CW RS re next steps on PPs | 0.8 |
| | EM to RS and CS re next steps for PPs | 0.5 |
| | CT/CF MT (PP) | 0.5 |
| | EM to Mrs. R (PP) | 0.3 |
| 8/22/2017 | Follow up EM to Cara re status of contact with potential plaintiffs | 0.2 |
| | CT TR (PP) | 0.3 |
| | CW SPLC re plaintiffs and their visit to meet with PPs | 0.5 |
| | Drafted CF (PP) notes | 0.3 |
| | Conference call with legal team | 0.4 |
| | CF Rich - reviewed next steps on PPs | 0.4 |
| 8/23/2017 | CT EM (PP) | 0.3 |
| | Research on EM (PP) Medicaid eligibility and residency requirements - | 1.0 |
| | Letter to MM (PP) | 0.3 |
| 8/24/2017 | EM response to JC (PP) | 0.4 |

| Date | Description | Hours |
|---|---|---|
| | Call w/ LM (PP) | 0.2 |
| | Call w/ MS (PP) | 0.3 |
| | Call w/ KH (PP) | 0.4 |
| 8/25/2017 | Review of SNAP and TANF work requirements (interplay with waiver) | 0.7 |
| | Call w/ Ronnie Stewart (PP); wrote notes | 1.0 |
| 8/28/2017 | Call w/ AM (PP) - interview | 0.5 |
| | Call w/ DW (PP) - interview | 0.5 |
| 8/30/2017 | CT Rich to discuss next steps with PPs | 0.3 |
| | Review of Cara's chart of potential plaintiffs | 0.2 |
| | EM response to SPLC re excel chart of potential plaintiffs | 0.2 |
| | Call w/ TF (PP) | 0.4 |
| | CT and EM to DF (PP) | 0.2 |
| | CT Sheila Penney (PP) | 0.1 |
| | EM to SPLC re planning their trip to KY to interview PPs | 0.3 |
| 8/31/2017 | Call w/ MW (PP) conducted interview | 0.7 |
| | CW Rich re next steps on interviews | 0.2 |
| 9/1/2017 | CW KEJC staff (RS, CS, Miranda Brown (MB) re plaintiff recruitement | 0.8 |
| | Sent letter to AM (PP) | 0.2 |
| | Sent letter to TF (PP) | 0.2 |
| | Call w/ TW (PP) | 0.4 |
| | Corres w/Sheila Penney | 0.2 |
| 9/5/2017 | CF Rich re cheduling appointments next week | 0.3 |
| | CW SPLC (Sam, Emily, Sakeena) & Cara to plan on site interviews next week | 0.4 |
| | Call w/ Sheila Penney (PP) | 0.4 |
| | Conference call with legal team | 1.0 |
| | Call w/ AM (PP) - interview | 0.4 |
| | Call w/ CF (PP) | 0.6 |
| | Call w/ DW (PP) | 0.4 |
| 9/7/2017 | CT Cara to discuss plans for interviews in Eastern KY | 0.8 |
| | EM to MK re use of KFTC office in BG for interviews | 0.2 |
| | CT SS (ALCC) re use of office space in Whitesburg | 0.1 |
| | CF Rich to discuss interview next week | 0.2 |
| | EM to Ian MacDonald with list of PPs for him to call | 0.1 |
| | CT AW (PP) | 0.3 |
| 9/8/2017 | CF/CT Shanna Ballinger (PP) | 0.2 |
| | EM updates to SPLC about PPs in Bowling Green area | 0.3 |
| | CF Rich re status of interviews scheduled for next week - discussed next steps | 0.5 |
| 9/10/2017 | Met with Ian MacDonald to plan interviews | 0.5 |
| | Interview with Dave Kobersmith (PP) | 1.8 |
| | CT Shanna Ballinger (PP) | 0.1 |
| | CT/EM to HJ (PP) | 0.2 |
| | CT MS to plan interviews in Campton tomorrow | 0.2 |
| | CT/EM to MY (PP) | 0.2 |
| | CW RS, MS, Ian, Sakeena to discuss interviews | 0.8 |
| 9/12/2017 | With MB - interviewed Kimberly Withers (PP) | 1.5 |
| | Drove to Berea from Lexington (1/2 time) | 0.7 |
| | Drove to Campton for interviews (1/2 time) | 0.7 |
| | MW RR (PP) | 0.5 |
| | MW Ian to review more potential plaintiffs to interview | 0.5 |

| Date | Description | Hours |
|---|---|---|
| | CW RS, MS, Ian, CS to review interviews and other potential plaintiffs | 1.0 |
| | Drove from Campton to Lexington (1/2 time) | 0.8 |
| 9/13/2017 | EM to MW (PP) | 0.2 |
| | MW Rich and Miranda to discuss week's intereviews | 0.3 |
| | CF Shanna Ballinger (PP) - scheduled interview for Friday in Radcliff | 0.1 |
| | EM to Sakeena, Dana & Molly to discuss interviews in BG | 0.1 |
| | Call w/ Quenton Radford (PP) | 0.5 |
| | CT Melissa Allen (PP) | 0.1 |
| | CT NA (PP) | 0.2 |
| | CW Rich, Ian, Miranda to discuss status of interviews | 1.0 |
| | Wrote notes on Quenton Radford | 0.3 |
| 9/14/2017 | Interview with Shawna McComas and Miranda | 2.0 |
| | Travel to Carrollton for interview (1/2 time) | 0.8 |
| | MW PH re son SH (PP) | 1.5 |
| | Drove back to Louisville (1/2 time) | 0.8 |
| | Call w Rich, Ian, Miranda re status of interviews | 1.0 |
| | Call w/ Dave Kobersmith | 0.2 |
| 9/18/2017 | Call w/DT (PP) - scheduled appt | 0.1 |
| | Call w/ Glassie Kasey - set appt. | 0.1 |
| | Call w/ JH (PP) | 0.2 |
| | CT Melissa Allen (PP) | 0.1 |
| 9/19/2017 | Conference call with legal team | 1.0 |
| | Wrote notes on SH (PP) | 0.4 |
| | Wrote notes on Shanna Ballilnger | 0.4 |
| | Wrote JH (PP) notes | 0.3 |
| | Wrote RR (PP) notes | 0.3 |
| | Wrote notes on Shawna McComas | 0.3 |
| | Wrote notes on Quenton Radford | 0.4 |
| | EM to CW (PP) | 0.2 |
| 9/20/2017 | MW Glassie Kasey | 1.5 |
| | CT Kimberly Withers (PP) | 0.1 |
| | CT KaW (PP) | 0.1 |
| | MW MC (PP) | 1.3 |
| 9/21/2017 | CT David Roode (PP) | 0.2 |
| | Call w/ Melissa Allen (PP) | 0.1 |
| | MW JJ (PP) | 2.3 |
| 9/23/2017 | Wrote notes on 3 PPs | 0.8 |
| | CT and EM to DM (PP) | 0.2 |
| | Updated potential plaintiff chart | 0.6 |
| | Interview with KW and TW (PPs) | 2.0 |
| | Travel to interview (1/2 time) | 0.5 |
| 9/25/2017 | Wrote notes on KW and TW (PPs) | 0.3 |
| 9/26/2017 | Updated notes for 8 PPs | 2.3 |
| | Wrote notes for CW (PP) | 0.2 |
| | Call w/ RT and ST (PPs) | 0.5 |
| 9/28/2017 | Wrote notes on RT and ST | 1.0 |
| | Call w/ David Roode; sent EM | 0.6 |
| 9/29/2017 | MW BP (PP) | 2.0 |
| | Travel to meet BP (1/2 time) | 0.5 |

| Date | Description | Hours |
|---|---|---|
| | Revised notes for Melissa Allen | 0.5 |
| | Revised notes for Radford | 0.5 |
| | Updated potential plaintiff chart to add Radford & Allen | 0.5 |
| 10/11/2017 | CT & EM to TF (PP) | 0.2 |
| | CT Amanda Spears - updated notes | 0.5 |
| | CT ST (PP) and reviewed notes | 0.3 |
| | Review of Kim Withers notes - sent EM | 0.3 |
| | Updated potenial plaintiff chart | 0.8 |
| 10/12/2017 | CT KH (PP), updated notes | 0.5 |
| 10/13/2017 | Reviewed JJ (PP) notes - EM to team | 0.2 |
| | CT David Roode - & sent EM | 0.2 |
| | Revised notes for BP (PP) | 0.2 |
| | Review of potential plaintiff chart | 0.5 |
| 10/17/2017 | Conference call with team | 1.2 |
| 10/18/2017 | Call w/ David Roode | 0.3 |
| 10/19/2017 | Sent EM to ST (PP) | 0.2 |
| | Sent EM BP (PP) | 0.2 |
| | EM to JJ (PP) | 0.2 |
| | Ems with team to discuss Roode's questions | 0.3 |
| 10/31/2017 | Updated potential plaintiff chart | 1.5 |
| | Conference call with team | 1.5 |
| 11/3/2017 | Drafted plaintiff paragraphs for complaint | 3.0 |
| 11/6/2017 | Call w/ Sheila Penney - revised complainti allegations | 0.2 |
| 11/7/2017 | Prepared William Bennett complaint paragraphs | 1.0 |
| | Prepared JH (PP) complaint paragraphs | 1.0 |
| | Prepared David Roode complaint paras | 1.0 |
| | CT Glassie Kasey - revised complaint paragraphs | 0.4 |
| | EM to Jane and Ian | 0.5 |
| 11/9/2017 | CF Stewart - revised complaint paragraphs - EM to Jane | 0.3 |
| | CT Quenton Radford - revised complaint paras | 1.0 |
| 11/14/2017 | Conference call with team | 1.0 |
| 11/16/2017 | EM to team re roll-out of community engagement regionally | 0.5 |
| 11/17/2017 | Revised complaint paragraphs for McComas | 0.3 |
| | CT Kobersmith - revised complaint paragraphs | 1.3 |
| | CT Roode - reviewed complaint paragraphs | 0.2 |
| | CT Ferguson - LM - reviewed complaint paras | 0.2 |
| | CT KH (PP) and reviewed complaint paras | 0.2 |
| | CT M. Allen - revised complaint paragraphs | 1.0 |
| 11/20/2017 | Revised Kobersmith complaint paragraphs - EM to Jane | 0.3 |
| | CT Miranda to discuss household income - EM to Jane | 1.0 |
| | CT Spears - revised complaint paragraphs - EM to Jane | 0.8 |
| | CT & EM to Benett - revised complaint paragraphs | 0.7 |
| 11/21/2017 | Reviewed & revised plaintiff paragraphs | 2.0 |
| 11/22/2017 | CW team - discussion of strenghts of each plaintiff | 2.0 |
| | EM - compiled list of plaintiffs for team | 1.2 |
| 11/27/2017 | CF Kasey - mailed complaint paragraphs to her | 0.2 |
| | CT Roode - reviewed & revised paragraphs - EM to Jane | 0.7 |
| | Replied to Jane re who should be lead plaintiffs | 0.5 |
| 11/28/2017 | Conference call with team | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 11/30/2017 | Revisions to Bennett paragraphs | 0.3 |
| | Revised Roode's paragraphs re income | 0.3 |
| | Reviewed all plaintiff paragraphs in complaint | 0.2 |
| | EM to Rich re plaintiff declarations | 0.2 |
| | EM to Jane re case filing, declarations | 0.3 |
| | EM to Cara re KH (PP) - ased her to follow-up with him | 0.2 |
| 12/1/217 | CT Penney - LM - prepared declaration | 0.8 |
| | Drafted declaration for Kasey | 0.8 |
| 12/4/2017 | EM to team re declarations | 0.6 |
| | CT Ballinger - LM - reviewed notes | 0.2 |
| | CF Kasey - reviewed & revised declaration | 1.0 |
| | CT M. Allen to draft dec | 1.0 |
| | Withers to draft declaration | 1.0 |
| 12/5/2017 | CF Penney - reviewed declaration | 0.3 |
| | Drafted Radford declaration | 0.8 |
| | Revised Penney declaration | 0.7 |
| | CT Radford - reviewed & revised declaration | 0.5 |
| | Drafted Stewart declaration - CT client | 0.5 |
| 12/6/21017 | CT Kobersmith - revised declaration | 0.2 |
| 12/10/2017 | Revised Kobersmith declaration & EM to him | 0.2 |
| 12/11/2017 | Met with Penney in office to sign declaration | 0.3 |
| | Revised Penney complaint paragraphs - EM to Jane | 0.2 |
| | Sent updated paragraphs to Jane - re Withers | 0.2 |
| | Finished Roode declaration - EM to client for review | 0.3 |
| | Drafted Bennett declaration - EM to Miranda to get signed | 1.0 |
| 12/12/2017 | EM to SPLC re Bowling Green PPs | 0.3 |
| | Reviewed & revised Brahnam & Woods complaint paras | 0.6 |
| | Conference call with team | 0.6 |
| 12/13/2017 | CF Ballinger - reviwed & revised paragraphs | 2.5 |
| 12/18/2017 | CF Stewart - went over paragraphs & declaration | 0.3 |
| 12/20/2017 | Revised paragraphs for M. Allen - EM to Jane | 0.2 |
| | Stewart - revised declaration & mailed for signing | 0.7 |
| | Bennett - revised paragrpahs & declaration - | 0.8 |
| | Revised Woods complaint paragraphs - | 0.8 |
| 12/21/2017 | Revised Woods complaint paragraphs - | 0.7 |
| | Revised Kobersmith declaration & EM to him | 0.3 |
| | Revised M Allen complaint paragraphs - CT client | 0.1 |
| | CW K Allen - revised paragraphs - EM to Jane | 1.0 |
| 12/22/2017 | Revised Ballinger declaration - EM for signing | 1.0 |
| | Revised Roode declaration - EM to client to sign | 0.7 |
| | CF Roode to discuss declaration | 0.2 |
| 12/27/2017 | Reviewed & revised Branham paragraphs | 0.2 |
| | Spears - drafted declaration - CT & EM to client | 0.6 |
| | Drafted declarations for Michael & Sara Woods - | 1.1 |
| | Drafted K. Allen declaration - EM to client to sign | 0.5 |
| | Drafted Branahm declaration | 0.5 |
| 1/2/2018 | Drafted KH (PP) declaration | 0.5 |
| | Revised Branham declaration - CT & EM to client to sign | 0.3 |
| 1/3/2018 | KH (PP) revised paragraphs and EM to Jane & Cara | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 1/5/2018 | CT Ballinger | 0.3 |
| | CT M. Allen - revised & mailed declaration | 0.5 |
| | Revised declarations for Michael & Sara Woods - | 0.8 |
| | Spears - revised declaration - CT & EM to client to sign | 0.3 |
| | Branham - revised declaration - EM to client to sigN | 0.3 |
| 1/8/2018 | CT Woods and mailed declarations | 0.4 |
| | Review of all complaint allegations re: plaintiffs | 0.5 |
| 1/9/2018 | conference call with team | 0.6 |
| 1/10/2018 | CF Branham - need to revise declaration - EM | 0.2 |
| 1/12/2018 | Attended governor's press conference on approval | 1.0 |
| | CW team to discuss waiver approval & next steps | 1.2 |
| 1/13/2018 | Reviewed approved waiver | 0.5 |
| | Reviewed all client notes & declarations - compiled chart re: effect of waiver on clients | 1.8 |
| 1/14/2018 | CT to clients re: SNAP | 1.7 |
| 1/15/2018 | Call w/ Roode | 0.2 |
| 1/16/2018 | Review of Governor's Executive Order | 0.2 |
| | EM re Bennett's status as plaintiff | 0.2 |
| 1/17/2018 | Calls w/ plaintiffs re: EO | 1.1 |
| | Call w/K. Allen - revised declarations | 0.3 |
| | M. Allen - revised declaration | 0.3 |
| 1/19/2018 | Reviewed proposed order for plaintiffs - | 0.8 |
| | Made revisions to Ballinger declaration - EM, CT client | 0.4 |
| 1/21/2018 | CT & text to M. Allen re declaration | 0.2 |
| | EM to Jane & Catherine re status of M. Allen as plaintiff | 0.7 |
| | EM from Ballinger with declaration | 0.2 |
| 1/22/2018 | CT & emails to plaintiffs to advise complaint to be filed 1/24 | 2.4 |
| | Review complaint - made final edits - EM to Jane | 1.1 |
| 1/23/2018 | FU calls to clients re case filing tomorrow | 0.6 |
| | Conference call with team | 0.6 |
| | Review final version of complaint | 2.0 |
| 1/29/2018 | Review work requirements in approved waiver | 1.0 |
| 2/1/2018 | Review CMS guidance & waiver approval on work requirementws | 0.7 |
| | Review revised work requirements & ABAWD requirements in DCBS Manual | 1.0 |
| 2/2/2018 | Review state & federal SNAP work requirements | 1.5 |
| 2/6/2018 | Call with legal team | 0.7 |
| | Review of venue & transfer rules | 0.2 |
| 3/5/2018 | Review of Bevin's Amicus brief re transfer | 0.3 |
| 3/6/2018 | Conference call with team | 1.0 |
| 3/19/2018 | Review draft Summary Judgment memorandum - re irreparable harm | 0.5 |
| 3/20/2018 | Conference call with team | 1.3 |
| | Made revisions to SJ Memo - irreparable harm section | 2.0 |
| 3/22/2018 | Responding to counsel inquiry - re motion filed by Amy Mischler - wants to intervene | 0.3 |
| 4/9/2018 | CF Roode re case | 0.3 |
| 4/17/2018 | Conference call with team | 0.8 |
| 4/26/2018 | Review of CMS' Motion to Dismiss & Commonwealth's Motion to Dismiss | 3.5 |
| | Conference call with team | 0.7 |
| | Review of revised medically frail clinician attestation forms (V. 3) | 0.3 |
| 5/2/2018 | CF Kasey re case | 0.2 |
| 5/11/2018 | Review of recent document from CHFS re medically frail & work requirements under waiver | 1.0 |

| Date | Description | Hours |
|---|---|---|
| | Review of medically frail determinations made re Medicaid recipients | 0.7 |
| | Review & EM to team re medically frail status | 1.0 |
| 5/14/2018 | Reviewed & made revisions to Plaintiff's Response/Reply brief re SJ motions | 1.5 |
| 5/16/2018 | EM to JP & Sam Brooke - update on status of Roode & Kasey | 0.4 |
| 5/29/2018 | Review of Cabinet's waiver implementation notice - sent comments to JP | 1.0 |
| 6/8/2018 | CF JP to discuss upcoming hearing, waiver implementation | 0.3 |
| 6/10/2018 | Called plaintiffs re: Medicaid notices | 1.0 |
| 6/14/2018 | Travel to DC for Court Hearing (1/2 time) | 2.0 |
| 6/15/2018 | Hearing in DC on Motion for Summary Judgment | 1.3 |
| | Prep with co-counsel prior to hearing | 1.0 |
| | Travel from DC to Louisville (1/2 time) | 2.0 |
| 6/25/2018 | CT Penney re notice of coverage | 0.2 |
| | EM to team - summary of Notice of Coverage to plaintiffs so far | 0.5 |
| | CT Radford - spoke to his GM re Notice of Coverage | 0.2 |
| 6/29/2018 | Received & Reviewed Court's Order & Memorandum Opinion | 1.0 |
| 7/10/2018 | Conference call with team | 1.0 |
| | EM to team re next steps on case | 0.4 |
| 7/18/2018 | Conference call with team | 1.0 |
| 7/24/2018 | Review of KY's new waiver application to CMS | 1.0 |
| | Conference call with team | 0.7 |
| | EM to KVH re collecting comments on waiver & SPA | 0.4 |
| | EM to KEJC team re collecting comments on waiver | 0.2 |
| 7/25/2018 | EM response to JS - potential plaintiff | 0.2 |
| 7/26/2018 | CT to plaintiffs re: next steps | 1.2 |
| 7/27/2018 | CW KEJC/SPLC to discuss plaintiffs | 1.0 |
| | Review of plaintiff notices of coverage - prep for call w/ KEJC/SPLC | 1.0 |
| 7/30/2018 | EM to MS - potential plaintiff | 0.2 |
| 8/3/2018 | CW KEJC team re add'l plaintiffs | 0.5 |
| 8/7/2018 | Call w/JS - potential plaintiff | 0.5 |
| | Conference call w/ team | 0.8 |
| 8/8/2018 | Reviewed DOJ's Motion to Vacate Judgment and emailed thoughts to team | 1.0 |
| | EM to RS - potential plaintiff | 0.2 |
| | EM to Miranda re DF - potential plaintiff | 0.1 |
| 8/9/2018 | Review of Kasey's file | 0.4 |
| | meet with Kasey | 2.0 |
| 8/13/2018 | CT BP - potential plaintiff | 0.1 |
| | CW KEJC team re prospective plaintifffs | 0.9 |
| | EM to JP re proposed Order to Vacate & update on new plaintiffs | 0.3 |
| 8/20/2018 | Call w/ Penney - sent over declaration for updates | 0.6 |
| | Call w/ Kobersmith - reviewed declaration for updates | 0.3 |
| | Call w/ McComas | 0.1 |
| | Call w/ Withers | 0.1 |
| | Review of revised & draft declarations | 0.5 |
| 8/21/2018 | CT Stewart - reviewed declaration for needed updates | 0.5 |
| | Conference call w/ team | 0.7 |
| 8/22/2018 | Revised Stewart Supplemental Declaration | 2.5 |
| 8/23/2018 | Further revisions to Stewart declaration - EM to Miranda re | 1.0 |
| | Revised Roode Supplemental Declaration - EM to Cara | 1.0 |
| | Revised McComas Supplemental Declaration | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 8/24/2018 | KEJC Check-in call re new plaintiffs | 1.0 |
| | EM to team re confusing notices of coverage clients have received | 0.3 |
| | EM from/to Miranda re calculation of Stewart's income | 0.2 |
| | Review of clients' Notices of Coverage | 0.7 |
| 8/25/2018 | Stewart - revised declaration and drafted letter to send to client re same | 0.4 |
| | Call w/ Penney to review declaration and made revisions | 0.7 |
| | Call w/McComas to discuss supplemental declaration | 0.4 |
| | Drafted changes to McComas Supplemental Declaration | 0.7 |
| 8/27/2018 | Revised Roode declaration - CT client | 0.8 |
| | CF Roode - reviewed revisions - made additional changes | 1.8 |
| 8/28/2018 | Revised Kobersmith declaration - EM to team re status | 1.0 |
| | Made revisions to Stewart declaration & mailed to client | 0.5 |
| | Penney - revised declaration | 0.2 |
| | Revised McComas declaration - recalculated income - | 0.7 |
| | Drafted Segovia declaration - EM to Miranda to review | 1.0 |
| 8/28/2018 | Revised Segovia declaration - EM to Miranda for signing | 0.2 |
| | Drafted Wittig declaration - EM to Miranda for review | 1.7 |
| 8/30/2018 | Revised Penney declaration - mailed to client to sign | 0.3 |
| | CT McComas, revised declaration | 0.7 |
| | Revised Kobersmith declaration - CT client to ask if | 0.7 |
| 8/31/2018 | CT Kim Kobersmith - prepared declaration and retainer - | 1.5 |
| | Revised Bennett declaration - EM to Miranda | 0.5 |
| | Revised Withers declaraion - EM to Miranda for signing | 0.5 |
| | Drafted McPherson declaration - EM to Miranda | 0.5 |
| | CT Roode - revised declaration - EM to client to sign | 0.3 |
| | Drafted Keith declaration - EM to Miranda for signing | 0.5 |
| | EM to team re status of all plaintiff declarations - | 0.4 |
| 9/17/2018 | Revised Kim Kobersmith declaration - EM to client | 0.3 |
| | EM to Miranda asking status of Bennett declaration | 0.2 |
| | Review of all new and supplemental declarations - | 1.5 |
| | Revised Kim Kobersmith declaration - EM to client | 0.2 |
| | EM to JP & CMcK re cost sharing | 0.2 |
| | Revised Segovia declaration - EM to Miranda for signing | 0.3 |
| | Revised Stewart declaration - EM to client to sign | 0.5 |
| 9/25/2018 | Segovia - reviewed & revised declaration | 0.2 |
| | Updated plaintiff spreadsheet | 0.2 |
| | Penney - revised declaration & mailed to client to sign | 0.3 |
| 9/29/2018 | Reviewed notes on Ritter | 0.2 |
| | Sent closing letter to Kasey - closed case on Legal Files | 0.1 |
| | Sent closing letter to Ballinger - closed case on Legal Files | 0.3 |
| | Sara Woods - closed case on Legal Files | 0.2 |
| | Dave Kobersmith - closed case on Legal Files | 0.2 |
| | Amanda Spears - closed case on Legal Files | 0.2 |
| | Lakin Branham - closed case on Legal Files | 0.2 |
| | Ritter - opened case on Legal Files | 0.3 |
| | **TOTAL** | **233.5** |

**Attachment C: Hours for Cara Stewart**

| Date | Work Performed | Hours |
|---|---|---|
| 6/15/2017 | Email AMR, Jane, Rich re: potential plaintiff contacts | 0.5 |
| 6/23/2017 | Call with AMR re: CW possible plaintiffs | 1.0 |
| 7/5/2017 | Reading waiver proposal | 3.0 |
| 7/11/2017 | Potential Plaintiffs Katelyn Allen & Amanda Spears texts and calls | 1.0 |
| 7/13/2017 | Research on disability exemptions | 1.0 |
| 7/27/2017 | Met with potential plaintiff GP in Prestonsburg | 0.5 |
| 7/28/2019 | Met with Potential Plaintiff DB | 1.0 |
| 7/31/2017 | Met with potential plaintiff FC | 1.0 |
| 8/11/2017 | call with AC, potential plaintiff | 0.2 |
| 8/15/2017 | Phone call DD potential plaintiff | 1.0 |
| 8/22/2017 | Met with potential plaintiffs KH and Amanda Spears | 3.0 |
| 8/23/2017 | calls with potential plaintiffs CJW and SM | 4.0 |
| 8/24/2017 | calls with potential plaintiff Amanda Spears | 2.0 |
| 9/1/2017 | Internal KEJC waiver call | 1.0 |
| 9/7/2017 | call with AMR | 0.5 |
| 10/2/2017 | Research EKY excluded county SNAP interplay re: work requirement | 2.0 |
| 10/16/2017 | CW potential plaintiff Lakin Branham | 2.5 |
| 10/25/2017 | phone call with JCC possible plaintiff | 1.0 |
| 11/14/2017 | Meeting with potential plaintiff HW | 1.0 |
| 11/16/2017 | Mega review of plaintiffs, contact info, updating documents | 3.0 |
| 12/11/2017 | Meeting with BW potential plaintiff | 1.0 |
| 12/14/2017 | Meeting with potential plaintiff TL | 1.0 |
| 12/15/2017 | Neeting with PC, potential plaintiff | 2.0 |
| 1/4/2018 | Inteview KH, potential plaintiff | 1.0 |
| 1/12/2018 | Review plaintiff complaint paragraphs | 4.0 |
| 1/23/2018 | Call with Mr. Radford | 0.5 |
| 1/24/2018 | Review of complaint | 2.0 |
| 2/16/2018 | meeting with AMR re plaintiffs and complaint | 1.0 |
| 4/1/2018 | calls with plaintiffs re my rewards going live | 3.0 |
| 4/2/2018 | follow up calls re my rewards | 1.0 |
| 4/3/2018 | emails, texts, phone calls to update plaintiffs re my rewards | 2.0 |
| 4/12/2018 | interview with potential plaintiff KA | 1.0 |
| 4/22/2018 | meeting with Spears | 1.0 |
| 6/29/2018 | reviewing and reading opinion and phone calls to plaintiffs to update | 4.0 |
| 6/30/2018 | phone calls with plaintiffs to update | 2.0 |
| 7/2/2018 | letter prep, phone calls to plaintiffs to update | 2.0 |
| 7/27/2018 | Reviewing medicaid copay re waiver and changes made optional and phone calls | 4.0 |
| 7/30/2018 | CW David Roode | 3.0 |
| 8/14/2018 | CW kimberly withers | 2.0 |
| 9/18/2018 | follow up phone calls and texts with all potential plaintiffs | 1.0 |
| 9/21/2018 | CW potential plf. HM | 1.0 |
| 9/24/2018 | WB possible plaintiaff interview | 2.0 |
| 10/15/2018 | Calls with teri blanton | 1.0 |

| | | |
|---|---|---:|
| 10/16/2018 | Meet with Terri Blanton | 5.0 |
| 11/20/2018 | Readng new approval | 2.0 |
| | **TOTAL** | **79.7** |