# Exhibit 4

Brooke Decl.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE MAURICE STEWART, et al.,     ) | |
| ) | |
|       Plaintiffs,       ) | |
| ) | |
| v.       ) | Civil Action No. 1:18-cv-152 (JEB) |
| ) | |
| ALEX M. AZAR II, et al.,       ) | |
| ) | |
|       Defendants.       ) | |

**DECLARATION OF SAMUEL BROOKE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, Samuel Brooke, being of sound mind and aware of 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. This declaration is offered to support the application for an award of attorney's fees and expenses for legal services which my employer, the Southern Poverty Law Center (SPLC), has rendered in this case on behalf of the plaintiffs. SPLC is a private, nonprofit, tax-exempt corporation which provides free legal assistance.

2. I am requesting a total of $40,677.73 for the SPLC, as detailed in the attached itemization for services rendered from 2017 through 2019.

*My Relevant Background and Experience*

3. I am a Deputy Legal Director for the SPLC and lead our Economic Justice Project. I am admitted to practice in four states (Alabama, Mississippi, Connecticut, and New York); the U.S. Supreme Court, five federal courts of appeals including the U.S. Court of Appeals for the D.C. Circuit; and various district courts. I earned my Juris Doctor Degree, *magna cum laude*, from New York University School of Law and was admitted to practice law in the State of Connecticut in 2006. Since fall 2008, I have worked as a Fellow/Attorney, Staff Attorney, Senior Staff

Attorney, and Deputy Legal Director at the SPLC. I also worked as a Staff Attorney for the American Civil Liberties Union Foundation of Connecticut from the fall of 2006 to the fall of 2007; and as a Law Fellow with the American Civil Liberties Union Foundation of Alabama from the Fall of 2007 to the Fall of 2008. I had the privilege of clerking for the Honorable Judge Joan B. Gottschall, of the U.S. District Court for the Northern District of Illinois, from the fall of 2008 to the fall of 2009.

### *Relevant Background and Experience of SPLC Colleague Emily Early*

4. As lead of the Economic Justice Project at the SPLC, I am familiar with the roles and qualifications of the staff in this project, including Senior Staff Attorney Emily Early.

5. Ms. Early is admitted to practice in the States of Alabama and Georgia; the U.S. Courts of Appeals for the Fourth, Tenth, and Eleventh Circuits; the Northern District of Alabama; the Eastern and Western Districts of Louisiana; the Middle District of North Carolina; the Middle and Western Districts of Tennessee; and the Northern and Middle Districts of Georgia. She earned her Juris Doctor Degree from Howard University School of Law in 2010 and was admitted to practice law in the State of Georgia the same year. She clerked for the Honorable W. Louis Sands of the Middle District of Georgia from Fall 2010 to Fall 2012. Ms. Early worked at the law firm Baker Donelson Bearman Caldwell and Berkowitz, P.C., from 2012 to 2016 and has worked as a staff attorney, and then senior staff attorney, at the SPLC since 2016.

### *Relevant Background and Experience of SPLC Colleague Ellen Degnan*

6. As lead of the Economic Justice Project at the SPLC, I am familiar with the roles and qualifications of the staff in this project, including Law Fellow Ellen Degnan, who was also a law clerk with SPLC during her final summer of law school.

7. Ms. Degnan is admitted to practice in the State of Alabama, the Middle District of Alabama, and the Middle District of Georgia. She earned her Juris Doctor Degree, *summa cum laude*, from the University of Miami School of Law in 2018 and was admitted to practice law in the State of Alabama the same year. Since fall 2018, she has worked as a Law Fellow at the SPLC.

### *Summary of My Firm's Role in the Instant Litigation*

8. The SPLC is co-counseling this action with the National Health Law Program (NHeLP), Kentucky Equal Justice Center (KEJC), and the law firm Jenner & Block. SPLC's role in the litigation has been to (i) work with KEJC to screen and then work with clients who were retained in the case; (ii) work on discrete research and writing parts on the complaint and all substantive briefs; and (iii) contribute to overall team discussions about legal strategy.

### *Hours Claimed*

9. The SPLC maintains an electronic system for recording and managing time entries and costs incurred for individual matters. Timekeepers are required to record their time accurately and on a timely basis, providing a description of the work performed. The SPLC attorneys on this matter followed these practices.

10. I have attached as Attachments A, B, and C an itemization of the services for which the SPLC is seeking a fee award; Attachment A relates to time expended by myself. Attachment B relates to time expended by my colleague Emily Early. Attachment C relates to time expended by my colleague Ellen Degnan.

11. Attachments A, B, and C were generated from SPLC's electronic system. I have carefully reviewed these records, and as described in greater detail below, ensured that I specifically, and our team generally, exercised prudent billing judgment in claiming these hours.

12. As part of my responsibilities, I reviewed all of SPLC's records relating to attorneys' fees incurred in this case. These records include the number of hours expended by each attorney, the hourly rate charged by each attorney, and the descriptions of tasks performed for each discrete unit of time on the time entries in the billing statements associated with this case.

13. The total hours for Samuel Brooke, Emily Early and Ellen Degnan, as listed in Attachments A, B, and C, are as follows:

| Attorney | 2017 Hours | 2018 Hours | 2019 Hours | TOTAL |
|---|---|---|---|---|
| Samuel Brooke | 3.46 | 13.16 | 5.32 | 21.94 |
| Emily Early | 12.83 | 65.84 | 53.66 | 132.33 |
| Ellen Degnan | -- | 21.14 | 28 | 49.14 |

14. The total request for attorneys' fees for the SPLC, is as follows:

| Attorney | 2017 | | 2018 | | 2019 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Hours | Rate | |
| Samuel Brooke | 3.46 | $194.76 | 13.16 | $199.09 | 5.32 | $201.98 | **$4,368.42** |
| Emily Early | 12.83 | $194.76 | 65.84 | $199.09 | 53.66 | $201.98 | **$26,445.11** |
| Ellen Degnan | -- | -- | 21.14 | $199.09 | 28 | $201.98 | **$9,864.20** |
| **TOTAL** | | | | | | | **$40,677.73** |

*Costs*

15. The SPLC also incurred in costs in litigating this case on behalf of plaintiffs, primarily related to travel visiting clients and attending court hearings. Because the SPLC was not arguing or second-chairing the argument, we are not seeking reimbursement for these costs.

I swear under penalty of perjury that the information in this affidavit is true to the best of my memory, knowledge and belief.

EXECUTED on February 24, 2020.                 /s/ Samuel Brooke
                                                Samuel Brooke

4

**ATTACHMENT A**
HOURS FOR SAMUEL BROOKE

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/31/2017 | Cocounsel telephone call re plaintiff allegations. | 1.35 |
| 11/4/2017 | Editing complaint paragraphs for named plaintiffs Quenton Radford, Katelyn Allen, Dave Kobersmith, and Alexa Hatcher. | 0.5 |
| 11/5/2017 | Reviewing complaint - comments and edits to NHeLP. | 0.91 |
| 11/28/2017 | Meeting to discuss pleadings and next steps. | 0.7 |
| | **TOTAL FOR 2017** | **3.46** |
| 3/9/2018 | Reviewing CAR — 2017 Correspondence. part 1. | 2.5 |
| 3/10/2018 | Reviewing CAR — 2017 Correspondence. part 3. | 1.9 |
| 3/11/2018 | Reviewing CAR — 2018 Correspondence. | 0.9 |
| 3/17/2018 | Standard of Review - editing draft by Emily Early. | 0.5 |
| 3/19/2018 | Retroactivity - editing section by Emily Early. | 3.6 |
| 11/27/2018 | Call with team to discuss complaint and next steps in litigation. | 0.56 |
| 11/29/2018 | Meeting with Catherine and Ben and Cara to discuss updates declarations and the complaint amendments. | 0.95 |
| 12/18/2018 | Discussion of briefing assignments for motion for summary judgment. | 0.5 |
| 12/19/2018 | Admin record - looking at correspondence. | 0.45 |
| 12/19/2018 | Call with NHeLP re MSJ briefing and division of AR review | 0.5 |
| 12/31/2018 | Amended complaint - reviewing and editing. | 0.8 |
| | **TOTAL FOR 2018** | **13.16** |
| 1/8/2019 | Call with NHelp to discuss status of briefing and complaint | 0.5 |
| 1/9/2019 | Reviewing complaint - plaintiff paragraphs. | 1.78 |
| 1/11/2019 | Editing brief for summary judgment. | 0.4 |
| 2/8/2019 | NENT section - editing. | 0.34 |
| 2/8/2019 | Remedy section - editing. | 0.3 |

| | | |
|---|---|---|
| 2/10/2019 | Lockouts and retro - editing brief sections drafted by Emily Early. | 2 |
| | **TOTAL FOR 2019** | **5.32** |

## ATTACHMENT B
## HOURS FOR EMILY EARLY

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 9/19/2017 | Draft claims for relief and finalize version 1 of Complaint for team review | 3.67 |
| 9/19/2017 | Call with team to discuss updates and plaintiff outreach; update plaintiff chart with recommended plaintiffs | 1.3 |
| 9/19/2017 | Draft class allegations of complaint and claims for relief | 2.26 |
| 9/25/2017 | review questionnaires of individuals for status as potential plaintiff | 1 |
| 9/26/2017 | Meet with Sakeena re missing information from questionnaires on potential plaintiffs | 0.5 |
| 11/5/2017 | Review and edit Complaint draft allegations for named plaintiffs Alexa Hatcher, Katelyn Allen, Dave Kobersmith, and Quenton Radford | 2.2 |
| 11/14/2017 | Meet with litigation team to discuss plaintiff recruitment and finalizing Complaint and class certification motion | 1 |
| 12/12/2017 | Update named plaintiff Alexa Hatcher's facts in Complaint | 0.5 |
| 12/15/2017 | Research co-payments for named Plaintiff Alexa Hatcher | 0.4 |
| | **TOTAL for 2017** | **12.83** |
| 1/4/2018 | Edit named plaintiff Alexa Hatcher declaration | 1 |
| 1/11/2018 | Fninalize potential named plaintiff A.R.'s declaration and email to A.R. for review and execution | 0.2 |
| 1/11/2018 | Review and finalize declaration with Plaintiff Alexa Hatcher via phone and email declaration to Hatcher | 0.97 |
| 1/12/2018 | Call with co-counsel to discuss approval of Medicaid waiver and next steps for preparing litigation | 1.4 |
| 1/17/2018 | Review and edit complaint and summarize comments re concerns about plaintiff and defendant allegations | 3.79 |
| 1/18/2018 | Edit version 1 of memo in support of motion for preliminary injunction | 2.49 |
| 1/18/2018 | Finalize version 3 of litigation memo to send to co-counsel | 3.52 |
| 3/6/2018 | Meet with team to discuss division of labor for draft motion for summary judgment | 0.98 |
| 3/9/2018 | Create spreadsheet for review of administrative record correspondence and arrange for division of review among team members | 0.81 |

| Date | Description | Hours |
|---|---|---|
| 3/11/2018 | Complete document review of administrative record in connection with Kentucky HEALTH Section 1115 waiver application in preparation for motion for summary judgment/preliminary injunction | 5.72 |
| 3/14/2018 | Research and summarize case law for Rule 56 standard of review in Administrative Procedure Act cases | 2.81 |
| 3/15/2018 | Continue draft of argument in support of challenging waiver of retroactivity period | 4.42 |
| 3/20/2018 | Finalize research and argument on challenge to waiver of retroactive coverage | 3.3 |
| 3/21/2018 | Update standard of review for motion for summary judgment with APA standard of review | 2.05 |
| 3/23/2018 | Review NHelp's edits to draft section on unlawfulness to waiver of retroactivity of Medicaid coverage | 0.5 |
| 3/26/2018 | Prepare questions for moot for oral argument on motions for summary judgment | 1.48 |
| 3/28/2018 | Edit NHelp's draft brief in support of motion for summary judgment | 3.14 |
| 4/26/2018 | Meet with co-counsel team to discuss response strategy to briefs filed by Kentucky and federal government | 0.57 |
| 5/2/2018 | Edit draft section on unlawfulness of waiver of retroactivity under APA | 5.48 |
| 5/2/2018 | Edit sections of response/reply brief on lawfulness of vacatur and unlawfulness of waiver of NEMT | 1.4 |
| 5/4/2018 | Revise version 2 of arguments in response to lawfulness of waiver of retroactivity | 1.76 |
| 5/14/2018 | Review and edit section on retro waiver in reply in support of motion for summary judgment/response to Defendants' motion to dismiss/motion for summary judgment | 0.4 |
| 12/4/2018 | Review proposed outline of response to Defendants' motion for summary judgment | 0.09 |
| 12/18/2018 | Meet with team to discuss updating Amended Complaint and second round of motion for summary judgment | 0.6 |
| 12/18/2018 | Compare re-approval with arguments made in original motion for summary jdugment and findings in order in preparation for drafting amended complaint | 0.37 |
| 12/19/2018 | Insert edits into amended complaint | 2.34 |
| 12/19/2018 | Edit reply in support of motion for summary judgment | 1.24 |
| 12/21/2018 | Edit assigned sections of amended complaint | 3.96 |
| 12/27/2018 | Meet with Ellen about edits to version 1 of amended complaint for review by team | 0.4 |
| 12/27/2018 | Edit Ellen's sections of version 1 of amended complaint | 2.4 |

| Date | Description | Hours |
|---|---|---|
| 12/27/2018 | Respond to Ellen's questions re amended complaint edits and additions | 0.3 |
| 12/27/2018 | Draft statement of facts | 2.15 |
| 12/28/2018 | Edit statement of facts for brief in support of motion for summary judgment | 3.8 |
| | **TOTAL for 2018** | **65.84** |
| 1/2/2019 | Review assigned sections of correspondence of administrative record | 3 |
| 1/2/2019 | Draft plaintiff sections of amended complaint | 3.28 |
| 1/3/2019 | Finalize statement of facts and standard of review in support of motion for summary judgment in Stewart 2.0 | 1.83 |
| 1/3/2019 | Finalize edits to first version of amended complaint (absent plaintiff additions) for NHelp's review | 1.92 |
| 1/4/2019 | Confirm approval of other Section 1115 waivers for work requirements | 0.33 |
| 1/4/2019 | Review and edit argument sections about loss of coverage from waivers of retro coverage and NEMT and administrative lockouts in support of motion for summary judgment | 1.05 |
| 1/4/2019 | Review and incorporate edits to statement of facts in support of motion for summary judgment brief | 2.17 |
| 1/7/2019 | Draft plaintiff sections for amended complaint for named plaintiffs Robin Ritter and Randall Yates | 2.85 |
| 1/8/2019 | Review and outline in draft stipulations co-counsel's responses to opposing counsel's edits to stipulations | 0.3 |
| 1/8/2019 | Draft plaintiff fact summary for named plaintiff Rodney Lee and email questions to Nhelp about named plaintiffs Randall Yates and Rodney Lee | 0.59 |
| 1/9/2019 | Draft fact section of complaint for named plaintiff Melissa "Missy" Spears-Lojek | 1.3 |
| 1/9/2019 | Follow up with Cara Stewart at Kentucky Equal Justice Center to inquire about status of named plaintiff Randy Yates for purposes of updating amended complaint | 0.21 |
| 1/9/2019 | Finalize version of amended complaint with NHelp edits | 1.16 |
| 1/9/2019 | Finalize outline for call on stipulations with opposing counsel | 0.94 |
| 1/10/2019 | Update plaintiff sections in correct order and with team edits | 4.33 |
| 1/10/2019 | Finalize version of final amended complaint, including plaintiff summaries, to share with full co-counsel team | 0.7 |
| 1/11/2019 | Edit motion for Summary judgment for Stewart 2.0 | 2.04 |
| 1/12/2019 | Edit named plaintiff Hunter Malone's fact section | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 1/12/2019 | Review complaint to suggest order of plaintiffs | 0.5 |
| 1/14/2019 | Address NHelp's final edits in amended complaint | 2.5 |
| 1/16/2019 | Reviewing factual arguments and harm for purposes of opposing motion to stay | 0.59 |
| 2/5/2019 | Meet with team to discuss strategy for reply brief in support of motion for summary judgment in Stewart 2.0 and class certification | 0.8 |
| 2/5/2019 | Research necessity for class certification in APA cases | 1.13 |
| 2/7/2019 | NEMT section - drafting | 4.3 |
| 2/11/2019 | Edit section on standing | 0.66 |
| 2/11/2019 | Edit section on waiver of retro coverage and administrative lockouts for reply in support of motion for summary judgment/response to Defendants' motion for summary judgment/motion to dismiss | 3.38 |
| 2/12/2019 | Finalize section on administrative lockouts and retro waiver to send to NHelp for reply brief in Stewart 2.0 | 0.5 |
| 2/15/2019 | Edit revised introduction | 0.32 |
| 2/15/2019 | Edit reply ISO of motion for summary judgment/response to MSJ and MTD brief | 2.44 |
| 3/14/2019 | Draft legal argument of section challenging waiver of retroactivity requirement | 2.16 |
| 5/17/2019 | Meet with full team to discuss appeal briefs and division of assignments for appellees' brief | 1 |
| 5/22/2019 | Begin outline of response to appellants' argument on broad relief granted by district court | 1 |
| 6/3/2019 | Discuss outline of appeal brief | 1.2 |
| 6/3/2019 | Edit outline of Plaintiffs' appeal brief | 1.3 |
| 6/7/2019 | KY Medicaid Waiver - Edit version 2 of appeal brief section on scope of relief | 1.38 |
| | **TOTAL for 2019** | **53.66** |

**ATTACHMENT C**
HOURS FOR ELLEN DEGNAN

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/11/2018 | Reviewing outline of reapproval arguments; reviewing complaint; formulating questions for call discussing assignments | 3 |
| 12/20/2018 | Review Emily's outline of statement of facts; email re: splitting up STC review | 0.3 |
| 12/21/2018 | Reviewing Emily's revisions to complaint; editing STC section of complaint | 4.54 |
| 12/22/2018 | Continuing edits to STC section | 5 |
| 12/24/2018 | Reviewing AR 6854 - 7443 | 1.5 |
| 12/27/2018 | Writing and revising amended complaint. | 6 |
| 12/27/2018 | Compiling AR correspondence review; comparing Nov. 19 and 20 STCs and summarizing differences for team | 0.8 |
| | **TOTAL FOR 2018** | **21.14** |
| 1/2/2019 | incorporating Sam's edits to amended complaint; converting citations to AR | 4 |
| 1/3/2019 | Updating plaintiff sections in complaint; reviewing sections of brief | 5.46 |
| 1/3/2019 | Revising amended complaint. | 1 |
| 1/7/2019 | Editing plaintiff sections in complaint | 4.14 |
| 1/8/2019 | Incorporating NHeLPs edits into complaint. | 4 |
| 1/8/2019 | Confirm that RI and Kansas should be included in list of approved states; emailing Emily about this | 0.3 |
| 1/9/2019 | Revising complaint to incorporate data from updated study on utilization of Medicaid services by expansion population. | 0.6 |
| 1/10/2019 | Reviewing MSJ brief | 3 |
| 1/10/2019 | Emails to team re: plaintiff summaries | 0.5 |
| 1/11/2019 | incorporating Sam/Neil's edits into plaintiffs' summaries | 3 |
| 2/9/2019 | Write section on standing | 2 |
| | **TOTAL FOR 2019** | **28** |