UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONNIE MAURICE STEWART, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| XAVIER BECERRA, in his official capacity as United States Secretary of Health and Human Services; *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) ) |

Case No. 1:18-cv-152 (JEB)

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF FEDERAL DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

Plaintiffs and Federal Defendants request that the Federal Defendants' deadline to respond to Plaintiffs' motion for attorney's fees and costs brought under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, continue to be held in abeyance for an additional 90 days, after which they propose to file a joint status report. The following good cause supports this motion:

1. On June 16, 2022, this Court granted the parties' joint motion to waive the deadline for Defendants to respond to Plaintiffs' motion for attorney's fees and ordered the parties to file a joint status report by August 24, 2022. Minute Order of June 16, 2022.

2. Plaintiffs and Federal Defendants continue to explore the possibility of settling fees in this case. Federal Defendants recently received further information from Plaintiffs about the basis for their fee request and have begun to evaluate that information.

3. The parties seek to continue to hold in abeyance the Federal Defendants' deadline to respond to Plaintiffs' fee motion. The parties ask the Court to order the filing of a further

joint status report on November 22, 2022, which will update the Court on the parties'
settlement discussions, and if the parties believe that a settlement cannot be reached,
propose a briefing schedule.


Dated: August 24, 2022                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          MICHELLE BENNETT
                                          Assistant Branch Director

                                          /s/ *Vinita B. Andrapalliyal*
                                          Vinita B. Andrapalliyal
                                          Matthew C. Skurnik
                                          Trial Attorneys
                                          United States Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          P.O. Box 883
                                          Washington, DC 20044
                                          Tel: (202) 305-0845
                                          vinita.b.andrapalliyal@usdoj.gov

                                          *Counsel for Federal Defendants*


                                          /s/ Jane Perkins
                                          Jane Perkins
                                          Catherine McKee
                                          National Health Law Program
                                          1512 East Franklin Street, Suite 110
                                          Chapel Hill, NC 27514
                                          (984) 279-7661
                                          perkins@healthlaw.org

                                          *Counsel for Plaintiffs*